To the clerk:

We, Susan Herbert, Susan Clemons, Ray Morton, Carl Swensson et al

Are the ppl who previously used SCOTUS to patent blockchain, Bktcoin, Patoshi etc

But Craig Wright and Estate of Kleinman are wrongly going to trial as

We served all repeatedly. They looked right at the SCOTUS docket and veer into denial as no pro se scientists, Vietnam Vets or women are supposed to be as intelligent or more so or so claim the licensed lawyers involved in this.

We may sue under most of US code so we chose Anti Trust as they did so and so 35 USC 101 and USC 1982 , Civil Rights Violation.

Ooops, I mistakenly checked Granted as the forms have been changed. Again.

It's a Class Action suit and 4 named members of counsel were previously admitted as a "firm"

Susan Clemons, Susan Herbert, Ray Morton and Carl Swennsson.

 In other courts including SCOTUS male clerks kept obstructing justice as they psychologically DENIED that any woman or citizen scientist could do this.

I cite Tesla who worked on his own.

Counsel is

Susan Herbert
Susan Clemons
Ray Morton
Carl Swennson
575-740-5820

FILED BY _____ D.C.

APR 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case Summary

Craig Wright, the Estate of Ira Kleinman and others have wrongly violated the rights of the actual owner creators/inventors of blockchain, Bitcoin etc and so all virtual currencies by fraudulently claiming they are In Re Susan Herbert a CLASS ACTION suit of original jurisdiction filed in SCOTUS directly twice over.

We allege here that previously COURT CLERKS WHO ARE LAWYERS FIRST AND ONLY acted prejudicially against us as they wanted and needed another lawyer to win, to cover up past wrongdoings by other lawyers involved and as they delusionally insist that the minds of women, Vietnam Vets and the self employed are CREATED inferior to men and to licensed lawyers.

This case is about willing victimizers who are a type of authoritarian being psychologically driven to eradicate the very idea of any UNwilling victims, liberty and will

The spirit of the law and so liberty in motion/action.

The class members have previously been granted a motion to proceed in forma pauperis but have been obstructed by clerks of the Supreme Court who are lawyers first and only, who unlawfully kept or hid our case from the Chief Justice John Roberts causing him too to be their victim against his will, and without his consent ot knowledge. See attached exhibit, Roberts Alleges Lawyers Treat Justices As Advice Columnists, see Scalia commenting WOMEN nevrr incorporated into US Law.

It is NOT a clerk's power to SUMMARIZE an original case at all as such cases go directly to the Chief Justice and as they do not have the education or capacity to reason the math and science. NOTHING gave any lawyer the right to injure or harm us only as we acted PRO SE.

US CASE LAW IS ANY CITIZEN POSSESSING UNIQUE KNOWLEDGE AND/OR ABILITY AND CAPACITY MAY SUE IN DEFENSE OF THE PEOPLE. And citizens may sue to enforce the Constitution, see prior case law.

Attached is a Motion To Change Venue, to send this case directly to Chief Justice Roberts as it is destined to be gesrd there regardless of any outcome in this court. See Roberts attached alleged qualifications and alleged allergy to STATISTICS; SEE PREVIOUSLY FILED CLAIM IN RE FILING and .GOV LITERATURE  AD MATH ESP CONFUSING STATS AND ODDS WHEN ATTEMPTING TO WRONGLY CONVINCE US THAT FILING IS A PRIVILEGE GRANTED TO CORPORATE LAWYERS ONLY. .

FEDERAL QUESTION

There are TWO federal questions afoot:

1. Is it ever the right and/or birthright for a citizen either natural born or naturalized to file AND be heard publicly? See In Re Susan Herbert I & II , 079804 & 086622, SCOTUS as we reason that when challenging an original case or testing a clause it is a right and not a privilege accorded to licensed, corporate lawyers only. We successfully challenged Bush V Gore's bad math and incorrect answer. See SCOTUS docket as DEFAULT on the part of the US is.

2. Without exception every lawyer places blame on judges and Justices and falsely claim that NOBODY can define "natural born". Blame is not an idea or concept on US Law. We can and did but licensed lawyers seeking to preserve unlimited monetary profit and other selfish gain obstructed justice in this case: this suit is also the test of natural born and Marbury so of the Founders entire theory as live and act to prove it is good and liberty is the law of nature in re humanity both men AND women. Not "lawyers only".

   If the venue to test natural born does not exist or we are denied entry unlawfully then does America yet exist?

   What if WOMEN and the lone woman or the class action  who can make the case for the incorporation of all women and girls is unlawfully denied entry to ALL venues i.e. all courts? Does The People as the government exist? Or do only corporations as the government exist?

   Note: We the class are NOT licensed lawyers but are CITIZEN SCIENTISTS AND MATHEMATICIANS.

1. Craig Wright  has falsely and wrongly presented himself as the creator/inventor/owner of blockchain, Bitcoin and so entities commonly known as "Satoshi Nakamoto" and "Patoshi"

2. Craig Wright has threatened to "tank" the Bitcoin market. See attached news articles.

3. The late Ira Kleinman, his legal team and his ex wife, make these false claims too with Craig Wright via the media. See attached news articles.

4. I, Susan Herbert, lead counsel for the class action suit In Re Susan Herbert SCOTUS 07-9804 & 08-6622 also known as Susan Herbert V The US and V Obama, happen to be aware that this is a false and wrongful claim as other counsel and I are the discoverers, inventors and owners of Bitcoin and mining activity commonly known as Patoshi, assumed to be Satoshi Nakamoto, the names given credit for this intellectual property.

5. The Plaintiffs will use science and math and discuss their discovery/invention and use the In Re Susan Herbert and Susan V US et al filings to prove according to strictest standards that Craig Wright and Ira Kleinman and media speculation by reporters as to who this person or persons might be is incorrect and that while they may hold keys worth millions do not own ANY Bitcoin Patents as all denied the first, prior legal action known as In Re Susan Herbert and Susan V the US.

6. The persons who are named counsel allege that both Wright and Kleinman  and now his estate are fraudulently claiming Bitcoin and activity credited to Satoshi and/or Patoshi is their persons or is activity they own eventhough they were served notice of suit via the SCOTUS docket when many of these people are lawyers and can be held to the strictest standard; also it is anathema to "Bitcoin", what it is and the spirit in which it is created as part of the reasoning to go to SCOTUS first was to patent, copyright and trademark "Bitcoin" or rather virtual currency in the name of The People via an existent but never enacted process.

7. Counsel allege that their appearance on the SCOTUS docket twice over was  notice that every single licensed lawyer has denied and has refused to inform any court or judge that said lawsuit exists.

8. It is not the fault of In Re Susan Herbert if Wright, Kleinman and others do not want the discoverer/inventors to be 3 women, a Vietnam veteran and a self employed ethical man. Counsel alleges this, PREJUDICE, is why Wright, Kleinman and others have denied and ignored any and all court action henceforth known as Susan Herbert and/or The Proof Of Life Cases as the Defendants seem to need the creator/inventor to be men and that these men should be licensed lawyers.

9. Ray Morton, Susan Herbert, Susan Clemons, Susan Lynne Swhenger and Carl Swensson will use the American Founders original work - The Declaration, The Constitution & The

Federalist Papers - as well as the scientific and philosophical record of humanity that we have access to and our own work  prove their claim.

10. The first proof Counsel enters is the ACT to file the actual suit In Re Susan Herbert directly and originally twice over as twice is no mistake but is deliberate:  neither Wright nor Kleinman were aware that they must file in SCOTUS first and directly  BEFORE they act to correct and/or dissolve a broken system or form or no immunity is and a  criminal charge of treason now is for they are now via a form of brainwashing named in the DSM and via undermining a just currency based upon one of two currency plans proposed by Thomas Jefferson that sat in plain sight upon the Congressional record are 'making war against The People'.

11. Neither Wright nor Kleinman has named Chief Justice John Roberts as an expert with the ability to decide this case as reportedly, Roberts has in the past demonstrated the ability and capacity to master math he has never been exposed to perviously and did so in grammar school as the Plaintiff's have. See attached motion.

12. Counsel and members of the class named as the "brain trust" and that includes but is not limited to Isaac Newton, Thomas Jefferson, Hugh Everett, Ray Morton, Jason Verbelli and Alistair Riddich as well as those already named all citizen scientists, will produce their own intellectual property which was used to discover/invent what we are now calling "blockchain/Bitcoin"; this science includes Uniformity or cold fusion and the good science or physics in re consciousness and conscious awareness all of which Wright and Kleinman cannot discuss let alone prove to strictest standard; at this point all Wright and Kleinman have entered is evidence only and almost all is inadmissible as evidence as to WHO is blockchain/Bitcoin.

13. Counsel Morton, Herbert, Swensson and Clemons formally and officially enter the ACTION known as Satoshi/Patoshi and a Coinbase wallet in the name of Susan Herbert that sits 'empty' and for reasoning that will be wholly revealed in court but here counsel will say that it is partly as Coinbase filed patent/copyright/trademark material and DID file on behalf of "Satoshi Nakamoto" aka Counsel who originally employed SCOTUS to file this intellectual property as the property of The People. See Coinbase named as a Defendant that we hold harmless.

14. Neither Wright nor Kleinman can, will or has testified as to exactly how they came to have their Bitcoin ideas while counsel Morton a Vietnam Vet and ex Special Ops has and Herbert has beginning with Herbert's testimony that she, acting in self defense, trespassed in the Rensselaer Polytechnic Institute Computer Labs in or around 1980 and that Erin Sullivan a NY State Legislator is a witness who was with Herbert that day and the person who had the keys, "Davy Ireland" former operator of a rock shop in Troy, NY home of RPI where Herbert was raised; and they have done nothing but threaten to undermine all investment in Coinbase, Bitcoin, etc and other blockchain based money/currency and

have not denied any ownership rumors but have fueled them instead thereby also defeating or warping the intent of our work:

We partly created/invented and acted to patent this in the name of The People and concurrently acted to create prior legal action in order to solve the global debt fiat bill collapse as the entity known as Washington, DC, a business entity incorporated in 1871, has no solutions and that collapsed or fell on paper at Bush V Gore and then the global system did at the 2008 bailout and did so without vilifying all corps who now have invested in virtual currencies:

Americans are people of reason who temper that reason with emotion such as liberty and so are not afraid to face themselves or solve whatever problems we as people have created our own selves for we do not place blame according to American Law and to that end the class and counsel known as In Re Susan will also prove

Liberty is

And it is the natural state of being for Homo Sapiens

Or that

The American Founders work is "most perfect".

NOTICE OF SERVICE

We the class and we the four named members of counsel have repeatedly served all and every single lawyer has  veered into actual temporary Insanity or denial and reacts by harming us or simply denying that we exist.

We appeared on the SCOTUS docket THREE times so served all 3 times.

We are expected to be REASONABLE. We have been: can and will the Defendants demonstrate reasonableness? Can they reason but refuse to reason? It is not on us but we will make a fourth attempt to serve Wright, Estate of Kleinman and Coinbase, Coinbase whom we hold harmless.

Signature
Date ___April 5ᵗᴴ, 2021___

Some Attachments, Printer Ran Out Of Ink!

You would need to know what Einstein said on shadow and you would need to be familiar with the work of Newton, Jefferson, Poincare, Maxwell, Bohm, de Broglie and others to create

Patoshi. And blockchain, Bitcoin or virtual currency.

Library of Congress
Research Guides

Library of Congress   Research Guides   Science & Technology

Annus Mirabilis of Albert Einstein The 1905 Papers
Annus Mirabilis of Albert Einstein
Introduction

Journal Articles and Subscription Databases
Internet Resources

The 1905 Papers

The links below are to the papers of Einstein that changed the world of physics. To read them in their context of Einstein's other writings, please consult the first of the following books. It is an English translation of all his writings, while the second book is where the four 1905 papers were published in the original German. For convenience, the links at the bottom of this page take you to the English translations of his papers. The links below will display fuller bibliographic information in the Library of Congress Online Catalog. Digital resources are linked when available.

Cover ArtThe Collected Papers of Albert Einstein by John Stachel (Editor); David C. Cassidy (Editor); Robert Schulmann (Editor); Anna Beck (Translator); Albert Einstein; Peter Havas (Consultant Editor)
Call Number: QC16.E5 A2 1987a
ISBN: 0691084750
Published/Created: 1987
Publisher description | Table of contents
Cover Art Annalen der Physik

Call Number: QC1 .A6
Published/Created: 1905
Specifically volumes 17 and 18.
Electronic copy from HathiTrust External
EINSTEIN'S ANNUS MIRABILIS
English translations of the four papers, from The Collected Papers of Albert Einstein, vol. 2: The Swiss Years: Writings 1900-1909, Princeton University Press, 1990. English translation supplement.

On a Heuristic Point of View Concerning the Production and Transformation of Light External
The first of these four papers is on the photoelectric effect External, where electrons are released when light hits a material. Einstein put forth that light consists of "discrete packets" as opposed to the widely accepted wave theory of light. This later advanced the theory of wave-particle duality in quantum mechanics.

On the Movement of Small Particles Suspended in Stationary Liquids Required by the Molecular-Kinetic Theory of Heat External

The second paper focuses on Brownian motion External, the erratic random movement of microscopic particles in a fluid as they collide. This paper helped to move the theory of atoms into reality by offering a way for scientists to count and observe their behavior during experiments.

On the Electrodynamics of Moving Bodies External

In his third paper of 1905, Einstein argues that the speed of light is fixed and not relative to the observer. "...light is always propagated in empty space with a definite velocity c which is independent of the state of motion of the emitting body," meaning that light travels at the same speed regardless of whether the source is moving or stationary. The Special Theory of Relativity External also theorizes about what happens to objects when they travel near the speed of light (space contracts and time dilates).

Does the Inertia of a Body Depend Upon its Energy Content?

The fourth paper, on the mass-energy equivalent External gave us what is arguably the most famous equation in history: $E = mc^2$. This equation showed that the energy of a body at rest equals its mass times the speed of light squared. The speed of light, or c, is 299,792,458 meters/second. That is a huge amount of energy that could be released, which would later be confirmed through the advent of nuclear bombs and reactors.

Login to LibApps
Subjects: Physics and Astronomy
Hosted by Springshare
Library of Congress Legal SpringShare Privacy Policy

***

Maxwell's demon is a thought experiment created by the physicist James Clerk Maxwell in 1867 in which he suggested how the second law of thermodynamics might hypothetically be violated.[1] In the thought experiment, a demon controls a small door between two compartments of gas. As individual gas molecules approach the door, the demon quickly opens and shuts the door so that only fast molecules are passed into one of the chambers, while only slow molecules are passed into the other. Because faster molecules are hotter, the demon's behaviour causes one chamber to warm up and the other to cool down, thereby decreasing entropy and violating the second law of thermodynamics. This thought experiment has provoked debate and theoretical work on the relation between thermodynamics and information theory extending to the present day, with a number of scientists arguing that theoretical considerations rule out any practical device violating the second law in this way.

Schematic figure of Maxwell's demon thought experiment.
Origin and history of the idea Edit
The thought experiment first appeared in a letter Maxwell wrote to Peter Guthrie Tait on 11 December 1867. It appeared again in a letter to John William Strutt in 1871, before it was presented to the public in Maxwell's 1872 book on thermodynamics titled Theory of Heat.[2]

In his letters and books, Maxwell described the agent opening the door between the chambers as a "finite being". William Thomson (Lord Kelvin) was the first to use the word "demon" for Maxwell's concept, in the journal Nature in 1874, and implied that he intended the mediating, rather than malevolent, connotation of the word.

***

Henri Poincare

many original fundamental contributions to pure and applied mathematics, mathematical physics, and celestial mechanics.[8] In his research on the three-body problem, Poincaré became the first person to discover a chaotic deterministic system which laid the foundations of modern chaos theory. He is also considered to be one of the founders of the field of topology.

Poincaré made clear the importance of paying attention to the invariance of laws of physics under different transformations, and was the first to present the Lorentz transformations in their modern symmetrical form. Poincaré discovered the remaining relativistic velocity transformations and recorded them in a letter to Hendrik Lorentz in 1905. Thus he obtained perfect invariance of all of Maxwell's equations, an important step in the formulation of the theory of special relativity. In 1905, Poincaré first proposed gravitational waves (ondes gravifiques) emanating from a body and propagating at the speed of light as being required by the Lorentz transformations.

The Poincaré group used in physics and mathematics was named after him.

Early in the 20th century he formulated the Poincaré conjecture that became over time one of the famous unsolved problems in mathematics until it was solved in 2002–2003 by Grigori Perelman.

Life
Work   Edit
Summary      Edit
Poincaré made many contributions to different fields of pure and applied mathematics such as: celestial mechanics, fluid mechanics, optics, electricity, telegraphy, capillarity, elasticity, thermodynamics, potential theory, quantum theory, theory of relativity and physical cosmology.

He was also a populariser of mathematics and physics and wrote several books for the lay public.

Among the specific topics he contributed to are the following:

algebraic topology
the theory of analytic functions of several complex variables
the theory of abelian functions
algebraic geometry
the Poincaré conjecture, proven in 2003 by Grigori Perelman.
Poincaré recurrence theorem
hyperbolic geometry
number theory
the three-body problem
the theory of diophantine equations
electromagnetism
the special theory of relativity
the fundamental group
In the field of differential equations Poincaré has given many results that are critical for the qualitative theory of differential equations, for example the Poincaré sphere and the Poincaré map.
Poincaré on "everybody's belief" in the Normal Law of Errors (see normal distribution for an account of that "law")
Published an influential paper providing a novel mathematical argument in support of quantum mechanics.[21][22]
Three-body problem   Edit
The problem of finding the general solution to the motion of more than two orbiting bodies in the solar system had eluded mathematicians since Newton's time. This was known originally as the three-body problem and later the n-body problem, where n is any number of more than two orbiting bodies. The n-body solution was considered very important and challenging at the close

of the 19th century. Indeed, in 1887, in honour of his 60th birthday, Oscar II, King of Sweden, advised by Gösta Mittag-Leffler, established a prize for anyone who could find the solution to the problem. The announcement was quite specific:

Given a system of arbitrarily many mass points that attract each according to Newton's law, under the assumption that no two points ever collide, try to find a representation of the coordinates of each point as a series in a variable that is some known function of time and for all of whose values the series converges uniformly.

In case the problem could not be solved, any other important contribution to classical mechanics would then be considered to be prizeworthy. The prize was finally awarded to Poincaré, even though he did not solve the original problem. One of the judges, the distinguished Karl Weierstrass, said, "This work cannot indeed be considered as furnishing the complete solution of the question proposed, but that it is nevertheless of such importance that its publication will inaugurate a new era in the history of celestial mechanics." (The first version of his contribution even contained a serious error; for details see the article by Diacu[23] and the book by Barrow-Green[24]). The version finally printed[25] contained many important ideas which led to the theory of chaos. The problem as stated originally was finally solved by Karl F. Sundman for n = 3 in 1912 and was generalised to the case of n > 3 bodies by Qiudong Wang in the 1990s.

Work on relativity      Edit

Marie Curie and Poincaré talk at the 1911 Solvay Conference
Main articles: Lorentz ether theory and History of special relativity
Local time      Edit
Poincaré's work at the Bureau des Longitudes on establishing international time zones led him to consider how clocks at rest on the Earth, which would be moving at different speeds relative to absolute space (or the "luminiferous aether"), could be synchronised. At the same time Dutch theorist Hendrik Lorentz was developing Maxwell's theory into a theory of the motion of charged particles ("electrons" or "ions"), and their interaction with radiation. In 1895 Lorentz had introduced an auxiliary quantity (without physical interpretation) called "local time" $\{\displaystyle t^{\prime}=t-vx/c^{2}\}$ $t^{\prime}=t-vx/c^{2}\,$,[26] and introduced the hypothesis of length contraction to explain the failure of optical and electrical experiments to detect motion relative to the aether (see Michelson–Morley experiment).[27] Poincaré was a constant interpreter (and sometimes friendly critic) of Lorentz's theory. Poincaré as a philosopher was interested in the "deeper meaning". Thus he interpreted Lorentz's theory and in so doing he came up with many insights that are now associated with special relativity. In The Measure of Time (1898), Poincaré said, " A little reflection is sufficient to understand that all these affirmations have by themselves no meaning. They can have one only as the result of a convention." He also argued that scientists have to set the constancy of the speed of light as a postulate to give physical theories the simplest form.[28] Based on these assumptions he discussed in 1900 Lorentz's "wonderful invention" of local time and remarked that it arose when moving clocks are synchronised by exchanging light signals assumed to travel with the same speed in both directions in a moving frame.[29]

Principle of relativity and Lorentz transformations...

***

De Broglie Bohm

De Broglie–Bohm theory
Language
Download PDF
Watch
Edit

The de Broglie–Bohm theory, also known as the pilot wave theory, Bohmian mechanics, Bohm's interpretation, and the causal interpretation, is an interpretation of quantum mechanics. In addition to the wavefunction, it also postulates an actual configuration of particles exists even when unobserved. The evolution over time of the configuration of all particles is defined by a guiding equation. The evolution of the wave function over time is given by the Schrödinger equation. The theory is named after Louis de Broglie (1892–1987) and David Bohm (1917–1992).

The theory is deterministic[1] and explicitly nonlocal: the velocity of any one particle depends on the value of the guiding equation, which depends on the configuration of the system given by its wave function; the latter depends on the boundary conditions of the system, which, in principle, may be the entire universe.

The theory results in a measurement formalism, analogous to thermodynamics for classical mechanics, that yields the standard quantum formalism generally associated with the Copenhagen interpretation. The theory's explicit non-locality resolves the "measurement problem", which is conventionally delegated to the topic of interpretations of quantum mechanics in the Copenhagen interpretation. The Born rule in Broglie–Bohm theory is not a basic law. Rather, in this theory, the link between the probability density and the wave function has the status of a hypothesis, called the "quantum equilibrium hypothesis", which is additional to the basic principles governing the wave function.

The theory was historically developed in the 1920s by de Broglie, who, in 1927, was persuaded to abandon it in favour of the then-mainstream Copenhagen interpretation. David Bohm, dissatisfied with the prevailing orthodoxy, rediscovered de Broglie's pilot-wave theory in 1952. Bohm's suggestions were not then widely received, partly due to reasons unrelated to their content, such as Bohm's youthful communist affiliations.[2] De Broglie–Bohm theory was widely deemed unacceptable by mainstream theorists, mostly because of its explicit non-locality. Bell's theorem (1964) was inspired by Bell's discovery of Bohm's work; he wondered whether the theory's obvious nonlocality could be eliminated. Since the 1990s, there has been renewed interest in formulating extensions to de Broglie–Bohm theory, attempting to reconcile it with

special relativity and quantum field theory, besides other features such as spin or curved spatial geometries.[3]

The Stanford Encyclopedia of Philosophy article on quantum decoherence groups "approaches to quantum mechanics" into five groups, of which "pilot-wave theories" are one (the others are the Copenhagen interpretation, objective collapse theories, many-worlds interpretations and modal interpretations).

There are several equivalent mathematical formulations of the theory, and it is known by a number of names. The de Broglie wave has a macroscopic analogy termed Faraday wave.[4]....

***

≡
TheHill

COURT BATTLES
March 08, 2021 - 04:46 PM EST
Chief Justice Roberts accuses court of turning judges into 'advice columnists'

BY JOHN KRUZEL
TWEET SHARE EMAIL

Chief Justice John Roberts, in a dramatic first solo dissent, said a Monday ruling by his fellow justices would radically expand the court's power and threatened to turn judges into "advice columnists."

Roberts took aim at an 8-1 Supreme Court decision siding with a former Georgia Gwinnett College student who sued his school for $1 after it barred him in 2016 from discussing his faith on campus, violating his religious rights.

In dissent, Roberts argued that the minor pittance sought by the student, Chike Uzuegbunam, was not substantial enough to sustain a federal lawsuit, especially since the plaintiff was no longer a student and his former school had lifted the offending speech code.

Permitting the case to move forward, Roberts said, even though a legal victory would not change Uzuegbunam's "status or condition at all," amounted to a "radical expansion" of the judiciary.

"The Court sees no problem with turning judges into advice columnists," Roberts wrote. "In its view, the common law and (to a lesser extent) our cases require that federal courts open their doors to any plaintiff who asks for a dollar."

According to court watchers, the Monday ruling marked the first time that Roberts, a George W. Bush appointee, penned a lone dissenting opinion in nearly 16 years on the Supreme Court.

Uzuegbunam sued Georgia Gwinnett College after school officials repeatedly ordered him to refrain from professing his Christian faith on campus grounds, claiming that he had failed to comply in various ways with the school's speech code.

The lower federal courts dismissed the case, finding in part that the minuscule payout sought by Uzuegbunam was not enough to justify his legal right to sue.

The 8-1 court on Monday disagreed and revived the lawsuit, with Justice Clarence Thomas writing for the majority.

More in Court Battles
Supreme Court declines to hear Alex Jones appeal in Sandy Hook case
Supreme Court sides with Google in copyright fight against Oracle
Justices dismiss suit over Trump's blocking of critics on Twitter
Lieutenant calls Chauvin's actions 'totally unnecessary' in Day 5 testimony
Two alleged Oath Keepers from Roger Stone security detail added to conspiracy indictment
Follow Us
Privacy Policy Terms & Conditions
Contact Subscriptions Advertise
The Hill 1625 K Street, NW Suite 900 Washington DC 20006 | 202-628-8500 tel | 202-628-8503 fax

The contents of this site are ©2021 Capitol Hill Publishing Corp., a subsidiary of News Communications, Inc.

***

See Madison & Jefferson on patents

United States patent law
Language
Download PDF
Watch
Edit

Under United States law, a patent is a right granted to the inventor of a (1) process, machine, article of manufacture, or composition of matter, (2) that is new, useful, and non-obvious. A patent is the right to exclude others, for a limited time (usually, 20 years) from profiting of a patented technology without the consent of the patent-holder. Specifically, it is the right to exclude others from: making, using, selling, offering for sale, importing, inducing others to infringe, applying for an FDA approval, and/or offering a product specially adapted for practice of the patent.[1]

United States patent law is codified in Title 35 of the United States Code, and authorized by the U.S. Constitution, in Article One, section 8, clause 8, which states:

The Congress shall have power ... To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries;

Patent law is designed to encourage inventors to disclose their new technology to the world by offering the incentive of a limited-time monopoly on the technology. For U.S. utility patents, this limited-time term of patent is 20 years from the earliest patent application filing date (but this term can be extended via patent term adjustment). After the patent term expires, the new technology enters the public domain and is free for anyone to use.

Substantive law        Edit

Some of the most important patent law is found under Title 35 of the United States Code. The "patentability" of inventions (defining the types things that qualify for patent protection) is defined under Sections 100–105. Most notably, section 101[2] sets out "subject matter" that can be patented; section 102[3] defines "novelty" and "statutory bars" to patent protection; section 103[4] requires that an invention must not only be new, but also "non-obvious".

Other patent law is found in a variety of sources, including federal court decisions that have accumulated over more than 200 years. The U.S. Patent and Trademark Office also has its own court system, the Patent Trial and Appeal Board (formerly known as the Board of Patent Appeals and Interferences), that specifically handles appeals of examiners' refusals to grant patents, and various other matters pertaining specifically to the USPTO. Some Patent Trial and Appeal Board opinions will be considered precedent, and will affect future patent applications.

Patentable subject matter (§101)        Edit

"Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof may obtain a patent therefor, subject to the conditions and requirements of this title."

— 35 U.S.C. 101.

To be patent eligible subject matter, an invention must meet two criteria. First, it must fall within one of the four statutory categories of acceptable subject matter: process, machine, manufacture, or composition of matter. Second, it must not be directed to subject matter

encompassing a judicially recognized exception: laws of nature, physical phenomena, and abstract ideas.

Novelty (§102)Edit

Section 102 of the patent act defines the "novelty" requirement. The novelty requirement prohibits patenting a technology that is already available to the public. Specifically, 35 U.S.C. 102 states:

(a) NOVELTY; PRIOR ART.—A person shall be entitled to a patent unless— (1) the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention ...

For a technology to be "anticipated" (and therefore patent-ineligible) under 35 U.S.C. 102, the prior art reference must teach every aspect of the claimed invention either explicitly or impliedly. "A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." Verdegaal Bros. v. Union Oil Co. of California, 814 F.2d 628, 631 (Fed. Cir. 1987).

Obviousness (§103)   Edit

To be patentable, a technology must not only be "new" but also "non-obvious." A technology is obvious (and therefore ineligible for a patent) if a person of "ordinary skill" in the relevant field of technology, as of the filing date of the patent application, would have thought the technology was obvious. Put differently, an invention that would have been obvious to a person of ordinary skill at the time of the invention is not patentable. Specifically, 35 U.S.C. 103 states:

35 U.S.C. 103 Conditions for patentability; non-obvious subject matter. A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains.

The non-obviousness requirement does not demand that the prior art be identical to the claimed invention. It is enough that the prior art can somehow be modified in order to teach the claimed technology. So long as the modification of the prior art (or combination of several prior art references) would have been obvious to a person of ordinary skill in the art (PHOSITA) at the time the application was filed, the applied-for technology will be considered obvious and therefore patent-ineligible under 35 U.S.C. §103.

As the practice of the USPTO and US Federal Courts showed later, the PHOSITA criterion turned out to be too ambiguous in practice. The practical approach was developed soon by the US Supreme Court in Graham v. John Deere Co. in 1966 and in KSR v Teleflex in 2006....

\*\*\*

https://www.ipwatchdog.com/2021/02/15/new-madison-approach-harmonization-antitrust-patent-law-retrospective-summary/id=129912/

BUY BSV
CG
English

Craig Wright: Code isn't law

Home » Business » Craig Wright: Code isn't law

Craig Wright: Code isn't law
BUSINESS 6 JULY 2020

Patrick Thompson

Dr. Craig Wright's latest blog post takes a look at a very interesting, and often discussed topic: if "code is law." Dr. Wright has a plain and simple answer to that question—no—and provides a great explanation of why this is the case.

Why code is not law

Dr. Wright begins by reflecting on a statement made by the former Dean of the University of Chicago Law School, Gerhard Casper, who once said that the University of Chicago did not offer a course on the "Law of the Horse."

"In doing so, he was noting that university subjects should be limited to courses such as Law and Economics or Law and Literature and that they should avoid areas that are overly specific, such as Law and Cyberspace," according to Dr. Wright.

You can avoid overly specific areas of study because overarching areas of study tend to encompass other concepts, such as "the law of the horse." For instance, if you have a strong understanding of intellectual property law, contract law, tort law, criminal law, and financial law, then you are going to have a strong understanding of "the law of the horse."

That being said, the world does not need a new set of laws that apply to digital currency or digital tokens. Because when you have a strong understanding of law and technology, as a byproduct, you have a strong understanding of the legal frameworks that apply to blockchain technology and digital currency.

Code is written by people

Code is not law because technology does not enforce existing rules, laws do. Laws govern people, and since code is written by people, it is the same laws that govern people that govern the codes that they write.

"Only humans exhibit and express intention, and only humans can contract or create the necessary conditions to commit a crime. It will never be the case that computer code exists outside of the minds of individuals," Dr. Wright said. "Code is simply a form of language, an abstraction designed to transfer ideas that always and necessarily originate through the human mind."

The legal system has been in place for a long time and its stipulations serve as frameworks for what is and isn't legal. Although there have been advances in technology, the same laws that were originally drafted apply to these advances in technology.

"Although technologists would have us believe that new laws needed to be created, many aspects of contractual exchange, monetary finance, and trade have changed little other than in speed and certainty," Dr. Wright said.

What it really boils down to is human intention. Humans write code, and code is ultimately just language. The way an individual has crafted their code is enough to stand or fall when facing the justice system.

"There is nothing new under the sun, which is particularly true of Bitcoin and all its imitators. There is no need for new law, but there is a need to ensure judges and legislators understand the facts surrounding Bitcoin and other blockchain systems…The push for specialised individualised law is not a call for improving understanding and removing uncertainties; it is merely a poorly disguised attempt to undermine the existing legal system," Dr. Wright said.

You can learn more about why code is not law by reading Dr. Craig Wright's latest blog post, Cryptocurrency and the Law of the Horse.

New to Bitcoin? Check out CoinGeek's Bitcoin for Beginners section, the ultimate resource guide to learn more about Bitcoin—as originally envisioned by Satoshi Nakamoto—and blockchain.

TAGGED
BITCOINDR. CRAIG WRIGHT

LATEST NEWS
BUSINESS 5 APRIL 2021
Twetch's non-vanishing NFT airdrop
Twetch has issued its first ever airdrop in the form of the Twetch Egg–an NFT that lives on the Bitcoin blockchain.

Is John Roberts aware that people who are lawyers say this about him ?


The question, worded correctly, should be

What did you know and when were you aware it might be criminal?

As it's a scientific and constitutional  given that ALL homo sapiens are created knowing or else they'd be Neanderthals and Crsig Wright isn't a Neanderthal.

Imagehttps://www.virginiaappellatelaw.com › ...
I Am John Roberts and So Can You, Part II: Oral Argument | De Novo
May 24, 2011 — In Bryan Garner's words, the oral arguments he gave during his days at Hogan were "generally breathakingly good." Or as Miguel Estrada once put it, the "G" in John G. Roberts stands for "God." ... As you might expect, Garner's interview with JGR touched on Roberts' legendary skills as an advocate.

Coinbase direct listing set for April 14 after SEC approval
PUBLISHED THU, APR 1 2021 6:58 PM EDT
UPDATED THU, APR 1 2021 8:19 PM EDT
Riley de León
@RILEYCNBC
SHARE
KEY POINTS

Cryptocurrency exchange Coinbase said Thursday that it will begin trading April 14, after
receiving approval from the SEC for its direct listing.

The company will trade on the Nasdaq under ticker symbol COIN.
The approval is a milestone for cryptocurrency advocates who have piled into blockchain-
related assets like bitcoin.


Cryptocurrency exchange Coinbase said Thursday that it will begin trading on April 14, after
receiving regulatory clearance for its direct listing from the Securities and Exchange
Commission.

The company, ranked No. 10 on the 2018 CNBC Disruptor 50 list, published a short blog post
announcing the SEC's approval. While companies like Roblox, Spotify, Slack and Palantir
previously went public through direct listings on the New York Stock Exchange, Coinbase will be
the Nasdaq's first major direct listing….

***
Patent lawyers are out to steal what is not theirs to steal as opening GENESIS BLOCK defeats
the purpose of Bitcoin or any vjrtual currency but Craig Wright refuses to open anything.

Opening with his keys? Does NOT prove he Created OR Invented this property. You must talk
about yourself and your act of Discovery & Invention.


Exactly named within the Constitution. We were forced to go to SCOTUS as all REFUSED TO
ENACT THE NAMED PROCESS FOR US AS WE ARE "ONLY WOMEN" OR "ONLY VIETNAM
VETS".


https://www.sec.gov › edgar › data
Document - SEC.gov

Coinbase Global, Inc. Address Not Applicable1 . Satoshi Nakamoto.
1A1zP1eP5QGefi2DMPTfTL5SLmv7DivfNa. Approximate date of ...
Imagehttps://news.bitcoin.com › craig-sato…

Craig 'Satoshi' Wright Claims to Have Filed 666 ... - Bitcoin News
Mar 21, 2019 — The race to file blockchain patents has increased significantly and Nchain
Holdings is attempting to capture hundreds of ...
Imagehttps://www.businessinsider.com › …

Coinbase sent bitcoin creator Satoshi Nakamoto symbolic copy ...
Feb 25, 2021 — Coinbase sent the mysterious creator of bitcoin a copy of its public filing in a
symbolic gesture. Coinbase revealed the documents to go public via a direct listing on
Thursday. The digital trading platform lists Satoshi Nakamoto as one of the recipients of the
public filing.

Missing: patent | Must include: patent
Imagehttps://en.m.wikipedia.org › wiki

Satoshi Nakamoto - Wikipedia
The domain name bitcoin.org was registered three days after the patent was filed. All three men
denied being Nakamoto when contacted  ...
Development of bitcoin…

And Patoshi

Protection Over Profit: What Early Mining Patterns Suggest About Bitcoin's Inventor
SATOSHI NAKAMOTO
(DimaSobko/Getty Images)
Colin Harper
Aug 31, 2020

The takeaway:

New research from RSK/IOV's Sergio Demian Lerner reveals that Patoshi, an early Bitcoin
miner assumed by many to be Satoshi Nakamoto, mined using an algorithm that was not
included in Bitcoin's first client release.
This finding finally explicates why Patoshi's hashing patterns are so much different than other,
early Bitcoin miners, but raises the question: Why did Patoshi give themselves a leg up?

If we take for granted that Patoshi is, in fact, Satoshi, then it's conceivable that Bitcoin's creator
used this advantage to prevent mining attacks on the nascent network.

When he first presented his research on Satoshi's alleged treasure trove of untapped Bitcoin in
2013, Sergio Demian Lerner was met with a fair amount of pushback. Opponents felt that

attributing some 1 million BTC to its creator would be "prejudicial to the adoption of Bitcoin" and anathema to the "acceptive narrative" of Satoshi as a benevolent creator, Lerner told CoinDesk.

Lest the image of Bitcoin's immaculate conception be tarnished, Satoshi's coins were better left untouched, both literally and empirically through research, the detractors argued.

That didn't deter Lerner, though, who didn't buy what he called the "feeble arguments" that these coins were simply lost to the wallet amnesia of early Bitcoin adopters.

So the IOV Head of Innovation and RSK designer has spent the past seven years decrypting the mystery of how many coins Satoshi may have mined and why his mining technique differed from his peers' methods in Bitcoin's early days. Lerner's "weekend project," as he calls it, has spawned a body of supporting research from anonymous community members, the research team at BitMex, Kim Nilsson and Jameson Lopp, among others.

Collectively, Lerner et al. have chipped away at the mysteries surrounding the hoard of some 1.1 million BTC mined in the first two years of the network and which remain stashed away, untouched. While most believe the $12.65 billion horde belongs to Bitcoin's pseudonymous founder, Satoshi Nakamoto, Lerner ascribes it to "Patoshi." It's Lerner's way of signaling that, even with painstaking research, we cannot be 100% sure these coins belong to Satoshi.

WE ARE PATOSHI!

No. 07-9804
Title:
In Re Susan Herbert, Petitioner
v.
Docketed:          March 12, 2008

---Date---      -------Proceedings  and  Orders--------------------
Mar 11 2008      Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in
forma pauperis filed. (Response due April 11, 2008)
Apr 1 2008       Waiver of right of respondent Federal Respondent to respond filed.
Apr 3 2008       DISTRIBUTED for Conference of April 18, 2008.
Apr 21 2008      Petition DENIED.
May 7 2008       Petition for Rehearing filed.
May 13 2008      DISTRIBUTED for Conference of May 29, 2008.
Jun 2 2008       Rehearing DENIED.


--Name--------------------        -------Address-----------------  --Phone---
Attorneys for Petitioner:
Susan Herbert   1100 Seagate Avenue 101       (904) 705-6171
Neptune Beach, FL  32266
Party name:

Attorneys for Respondent:
Paul D. Clement          Solicitor General       (202) 514-2217
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov
Party name: Federal Respondent


No. 08-6622
Title:
In Re Susan Herbert, Petitioner
v.

Docketed:          October 6, 2008

---Date---      -------Proceedings  and  Orders--------------------
Oct 3 2008      Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in
forma pauperis filed. **(Response due November 5, 2008) NEVER ANSWERED DEFAULT IS**
**Nov 20 2008**    DISTRIBUTED for Conference of December 5, 2008.
Dec 8 2008      Petition DENIED.


~~Name--------------------        -------Address------------------   --Phone~~~
Attorneys for Petitioner:
Susan Herbert   1100 Seagate Avenue 101        (904) 705-6171
Neptune Beach, FL  32266

To the clerk:

We, Susan Herbert, Susan Clemons, Ray Morton, Carl Swensson et al

Are the ppl who previously used SCOTUS to patent blockchain, Bktcoin, Patoshi etc

But Craig Wright and Estate of Kleinman are wrongly going to trial as

We served all repeatedly. They looked right at the SCOTUS docket and veer into denial as no pro se scientists, Vietnam Vets or women are supposed to be as intelligent or more so or so claim the licensed lawyers involved in this.

We may sue under most of US code so we chose Anti Trust as they did so and so 35 USC 101 and USC 1982 , Civil Rights Violation.

Ooops, I mistakenly checked Granted as the forms have been changed. Again.

It's a Class Action suit and 4 named members of counsel were previously admitted as a "firm"

Susan Clemons, Susan Herbert, Ray Morton and Carl Swennsson.

 In other courts including SCOTUS male clerks kept obstructing justice as they psychologically DENIED that any woman or citizen scientist could do this.

I cite Tesla who worked on his own.

Counsel is

In Re Susan et
Bill E 3rd Ave #4
Torc, NM 87901

MAIL INSPECTED

Wilkie D. Ferguson Jr,
US Court house
400 North Miami Ave
Miami, Fl 33128

T M RE

