IN THE FEDERAL COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI

HERBERT ET AL VS WRIGHT ET AL          CASE NO. 1: 2021 CV 21409

MOTION TO AMEND
EMERGENCY CHANGE OFVENUE

On or around the middle of April we filed an anti trust case naming Craig Wright and the Estate of IRA Kleinman.

We must now amend the suit and while it is an anti trust case it has once again become a case of constitutional authority and original jurisdiction and secondarily an anti trust case only due to what we were told when we acted to consult with an attorney the Defendants are now in addition to Wright and Kleinman; we need to add as Defendants the following ppl:

1, Elena Kagan. It was her job to send the case ahead once filed. We received no answer so the US is in default and we received extra special treatment that Marbury V Madison & Bush V Gore did not and when, exactly as Stevens said, Bush V Gore is a lie. We say: Bush V Gore is an attempted coup. Based upon appearances alone this court must act; see all prior case law we cited and previously filed.

2, William Suter. The clerk of SCOTUS and JAG reject who CRIMINALLY OBSTRUCTED all cases especially that of women and us. DC anted him as did Traitors in the military. We can prove: Meyring's brother was on the USS Nimitz with John Walker. And: CHINAGATE. We have the ENTIRE paper trail.

3, The ABA. Last week lawyers finally exactly confessed: THERE WAS NEVER ANYTHING FOR ANY OF THEM OR CRAIG TO PATENT AS WE HAVE THE QUANTUM, FREE ENERGY TECH. WE ALONE HAVE THE MANUFACTURING PROCESS AS THESE MEN LIKE CRAIG WRIGHT PAID FOR POWER TO MINE; PATOSHI IS FREE ENERGY, THE POWER OF SATOSHI IN ACTION.

Also see attached. Lawyers and a judge with real estate agents conspired to steal HERBERT'S home and all of its contents and did. Herbert won an appeal of an unlawful conviction. It is also lawyers and judges in several states who, when ZERO evidence was entered against her, conspired to kidnap HERBERT'S children and did so; so prevalent is this it has a name today: legally enforced kidnapping as in open and direct violation of law and case law, court orders gained via obvious deceit such as ZERO EVIDENCE AGAINST THE MOM are enforced.

In this case the lawyer who is a judge wrote: "the biological Mother does not count" and this would also reason…

3, Michelle Grisham and Hector Balderz' behavior, to ignore and deny any and all complaints we make when they too are lawyers and we have a unique election system local bullies made up to permanently entrench themselves and their family and friends.

Grisham recently signed a self reported X as a gender into law; this harms women esp and exactly Susan Herbert, Susan Clemons & Susan Lynne Schwenger a new class member and this is wholly irrational as it flies in the face of biology. Now? No person can draw up tables based upon future ppl so Social Security Benefits; again, as they did raid and steal all monies paid in a conspiracy is. Therefore…

4, The AMA. The AMA esp PSYCHIATRY a junk, quack science as it exists has also finally confessed: the AMA has been harming women and evading prosecution for murder by wrongly, and obviously falsely, denying any magnetic component to the mind. This is patently false and it just so happens women symbolize magnetism; the AMA conspired with the ABA so that abortion etc would not be murder when it is and YES we have that science but know that Carhart was brought by all men, no unwilling victim is as no woman is present so that SCOTUS accepted testimony several times over not only once from men when even a male doctor's testimony in re woman, pregnancy and childbirth is hearsay and suggestive only; to wit?

Carhart effectively says 'This woman does not exist but if she ever does then MI may kill her but it's not premeditated murder. YES, it is.

Are we to believe it's any more acceptable to have men on a woman's rights commission? A woman's healthcare commission that's 100% male as it was during the Trump Admin? We know! Saudi men and Iraqi men on the UNs women's rights commission.

We are not havibg this and are nobody's willing victims.

5, Harvard. See prior filings. Harvard gas always been a common denominator and a source of harm to us. Harvard is largely responsible for all of this, see Clinton, Obama etc. Like wise…

6, RPI. Rennselear Polytechnic has steadfastly refused to acknowledge Ray Morton and Susan Herbert when Herbert partly came to her discoveries precisely as she trespassed in their computer center in the 70s. Julia Robertson acclaimed mathematician who solved one of Hilberts problems was once ignored and denied as Susan Herbert and ALL actual,

natural women geniuses are. In her case? The very man who seemingly took her seriously did not: by his own admission in a documentary about her incredible life, he said the only reasoning that he did not instantaneously throw her away with her work is: she used her husband's Berkley stationary as it was there.

7, CERN: Exactly Peter Higgs. Herbert & Morton always knew Higgs is bad theory so they filed before CERN fired up its collider. CERN DID NOT SECURE THE RESULTS THAT HIGGS PREDICTS. That alone? Means Higgs Theory is bad; CERN admits they did not find what Higgs incorrectly predicts however, in science? You never use theory to prove theory; you must point to unknown behavior in nature.

Math, these tools such as colliders? WE ALREADY KNOW CAUSE SO HOW RHEY BEHAVE THEREFORE MATH IS ALWAYS EVIDENCE ONLY IF PROVING A THEIRY SO A LAW.

Judge Cooke: every time they secure results that prove Higgs Theory is bad, they...change Higgs - their story - to make it seem as if.

These anti social men did this so many times that at one point, they printed a T Shirt and it contained typos!

Herbert simply flipped to the credits: Higgs Theory? Just like DC, the ABA and other lawyers: these men SELECTIVELY incorporated some truth, some work, but not other work: GOLDSTONE AND HIS WORK IS MISSING AND IS CRUCIAL.

This court should be aware: the cause of the Defendants not having a defense besides outright lying and denying reality is as we considered so accounted for ALL work we are aware of; we CAN answer any and all objections precisely as we do not ignore and deny all who disagree.

8, DC and so  Biden and Harris as she too is not qualified. And now she lies by omitting her father's facts.

Judge Cooke: Why with every natural born woman available, are these men so hot to install foreigners? CONSPIRACY is, that's why. See all prior filings.

And with them is Nancy Pelosi: one you serve the Speaker? It is done.

Judge Cooke, you might find this fact interesting: after we achieved filing so we won then and were aware it was only a matter of time, Herbert then acted to serve members of

Congress. At one point? EVERY SINGLE OFFICER SHE CLICKED ON, THE .GOV OFFICIAL PAGES, HAD THIS POSTED: NO CASES, JO CITIZENS, MAY ENTER SCOTUS DIRECTLY OR AT ALL.

Again, conspiracy is. Evading SCOTUS is how they do all of this including brutalizing other lawyers and judges in other courts.

DC is the CORPORATE officers that serve only self. They are no different than a board at any Corp except they never act for their shareholders, The People esp women.

We include the entire DOJ; see prior filings and not one but two federal judges from upon the bench stating that all abusive US Attorneys need to go and the other judge went further, stating the entire DOJ needs to be fired. WE AGREE. AND SECOND THAT.

As default on their, DCs part is?

We can and may she then for financial wrongdoing and now must as one judge?

We said PREJUDICE; we cited natural birth among other clauses;  he wrote 'Plaintiffs may not collect money damages for violations of EP&DP'.

BUT BLACK, HISPANIC, ASAIN AND FIREIGN MEN MAY AND HAVE TO THE TUNE OF SEVERAL BILLIONS?

WE ARE DONE; WE ARE SAYING NO TO ALL OF THIS.

How's this for financial wrongdoing…


9, The SEC. Where do we begin? With the 87 crash that was a deliberate test of their newly computerized system.

By "SEC" we are including DF Shaw, Jeff Bezos, Warren Buffet, Elon Musk, Blackrock, Jim Simons, Lehman etc etc

When they computerized, they hired all of these same anti-social men to do the job.

So a Jim Simons? First of all: these men cannot fu ction without some sort of machine crutch. And like Bezos and Gates, they never have their own ideas. Bezos lies as he took

the idea for Amazon from DF Shaw although he asked this man unlike women who they just steal from.

So all of these men were a group acting together and you had ppl like Herbert and Zuckerberg and crew also acting although not technically a part of this group.

These men? Make no discoveries. Take Simons: he used a computer to do the math so the Klein bottle dragon is not his work.

Take Thomas Hales as this is priceless Judge Cooke: in science we have something called the "packing solution". Hales? See Project Flyspeck.

Hales without ever accounting for women or their work ran all these "ma only" solutions into a computer. When the computer then told him he had excluded all? When he did not run anything woman thru it? He announced he had solved packing. NO HE HAS NOT.

Or take mathematician Terrence Tao. He and a couple of cohorts took credit for - are you ready? - the HARMONIC 5TH AND CHECKERBOARD ABACUS THAT YOU SEE WHEBEVER YOU EYEBALL MASONIC SYMBOLISM.

They call this Eigen for 5. All it is? What women have been calculating and ppl have been playing with musical instruments since time immemorial. The only thing they did not do? Patent it.

And they still have no idea what they are looking at as a lay person asked Tao on his website and Tao did some more math at this persons suggestion. Tao joked, 'you can go thru Q'. Be finally had the answer Gauss and I have had and discarded it.

Judge Cooke: their arrogance knows no bounds. A packing answer? See intarsia crochet. WHO is letting a Tao publish math women have always done and that is a harmonic fifth???

Susan Herbert had it. I mean HAD it.

So she acted to Snoop around the SEC using what's quantum only she did not need the quantum:

When she examined code on Rockefeller and other docs? The SEC because of headers AND footers as all is united, left itself and all wide open for a 9 year old coder to rob them blind while they slept.

Herbert was horrified.

All might wanna check a bot, lol, named "God". Herbert has her screenshots. ANY MONKEY, THIS DOES MOT TAKE SKILL, CAN JUST USE PUBLIC ACCESS AND CLEAN OUT WALL STREET. ALL OF THESE PPL WOULD HAVE NOTHING IF ...

They had any money to begin with.

As incredible as it sounds?

Jeff Bezos actual net worth is 0.

All have that net worth unless you count personal property but in this case?

We bankrupted them.

It's known as REPLEVIN and we I come it now:

When these men designed, programmed and set up this computer system, they used bad math and timing.

They never, ever measured and weighed and moved any actual energy!

Money, something like a $200 billion fortune is SUPPOSED to symbolize a type and amount of energy.

We measure energy in terms of potentials and differentials.

Here? See attached 2038 problem.

  Before we could say a Goodyear had value, his money did, as it represented an amount of energy. And his building, equipment etc was collateral OR could be liquidated. If he produced? A tire or vulcanized rubber or a million tires represented actual energy.

For DECADES women have been saying that these men have nothing of value and it's true, all they are good at?

Convincing DC to let them steal our money!

These special favor tax breaks etc or Musk putting up zero of his own but getting $4 bil in taxes against our will. And can he produce? No, he isn't even using the damn factory and all over E pumps are being taken out. Recently?

People drove Teslas off the lot only to have the roof fly off and we've all heard about the exploding and crashing Teslas.

Should this man be messing around with rockets OR actual toys, toy flame throwers on our dime?

NO, SO WHERE IS THE IRS? AND WHY AREN'T THEY AUDITING ALL OF CONGRESS OR ANY OF THESE MEN?

So, if you look? The Fed never used qualitative EASING before.

Judge Cooke: THEY ARE WHOLLY MAKING THIS STUFF UP. THE $4 ON THE FEDS BALANCE SHEET? WHATEVER NUMBER IS THERE THEY CLAIM IT IS NOT REALITY, THEY OPENLY DISCUSS THIS.

Can you rob Peter forever to pay Paul?

No. We knew they went bankrupt.

None of that energy exists.

The 2008 bailout? Cannot end! No means! So their openly discussed plan is

Trick you into engaging in wholly centralized but zero regulation FINTECHS, FAKE COMPUTER COINAGE OR VIRTUAL MINTING MANIFESTED AS PHYSICAL REALITY, ABD NOT ONLY BUYING POWER TO CREATE WRONG, UNJUST OUTRAGEOULY HIGH FEES BUT ALSO ALL YOUR POWER BOUGHT AND SPENT?

THAT IS HOW THEY CONSPIRED TO BUILD THIS AI GOD - STEALING OUR GIFT AND WHOLLY PERVERTING IT SO EXPLOITING YOU WITH IT.

 "PRIVATE currency units"? Nope. Online as it's public record, they've discussed ending 2008 by…

Freezing your accts.

But if they do that?

They'd be exposed as the Naked Emperors that they are.

So they need you to blame yourself.

This, being bankrupt in actuality and not being able to hide it, their theft and sell out to China, any longer then some such as Soros got out.

Tried to install SOCIALISM by using Harvard to teach ppl to identify DDM entries and vote across party lines. WE STOPPED THIS. THEM.

Tried to install SOCIALISM via 2008 PERMANENT PAY TO THE CROOKS WHO DID. That bailout? CONSTITUTES ACTUAL FACISM: TO BUY, HOLD AND RESELL THE STOCK ETC? WHY, GOVERNMENT SEIZURE THAT SCOTUS HAS PREVIOUSLY SAID NO TO, SO THAT MIGHT BE WHY NO COMPANY SUED: BRIBED TO REMAIN SILENT.

IF WE OWNED? WHY THE FUCK DID WE SEE ZERO AND SOME OF THESE MEN MADE MULTIPLE BILLIONS? WE OWNED, WTF?

WE STOPPED THEM, WE WERE IN US CLAIMS WHEN BOIES AND AIG CAME PROSTITUTING THEMSELVES AGAIN AND, BEDORE THE SANE JIB AS THEY, WE OBJECTED AND STOPPRD THEM. OF COURSE THAT JUDGE, WHEELER, SAID SOMETHING SEXIST AND UNLAWFULLY OBSTRUCTED JUSTICE SOME MORE.

They are now trying to I stall SOCIALISM to evade prosecution forever and forever by…funding the elections of DAs. BUYING THOSE JOBS AS THEY DO THE ENTIRE SYSTEM.

What we gifted to The People?

We biomimicked our Founders. We hit the books and all of their original work. Herbert came to live they and their work until she was them and they became as alive to get as you are.

But we went to the Founders who inspired them.

We lassoed the intelluactual property of mankind and added what is distinct and unique, then synthesized it all.

Our Bitcoin/Coinbase?

We now have the only solvent bank/treasury on Earth!

They were never tracking any actual energy except the negative so insane.

We? Have been actually energy harvesting greed, avarice, sloth, etc. We harvest it, we use good science and math to account for it and bank it; we did this so well?

On April 14th, 2021 at the closing bell? The currency did not stop coming! Or converting! Yes, it's INFINITE but we did not expect this, ALL DEBT FIAT AND ALL FAKE MONIES, to be harvested without stopping.

We have Turing and Halting.

Wtf? It kept going! We were agog & aghast at the $60 billion number.

Our crappiest idea in what is as close to a free market no influence from us at all valued a single crappy idea at $60 bil??

"Holy fuck!" And that word is appropriate, we are aware of case law saying may use word but not only to offend.

So Herbert checked. She suspected that $60 bil IF YOUR METRIC IS A DEBT FIAT DOLLAR was at a trillion plus when she acted. She found Mark Cuban. He began his "empire" with a single coin that he purchased and resold. So Herbert knew to Google him.


She almost passed out: she maintained scientific protocol in re any valid scientific  test that she was not aware that

1. These men are calling what is HUMAN BIOLOGY their AI! What ?? It, Patoshi, so this AI? They think Tamagotchi, Susan thinks Shamir, throwing a worm, Mutsu the fish and so…using HUMAN BIO she created what you're calling "Bitcoin" etc and Satoshi & Patoshi. This??? The AI is simply artificial human bio, it's life as in conscious but it is not at all what we are! However these men? So far removed from ppl that they truly think this AI God Machine will be spontaneously created.

It's so insane Judge Cooke; biology, woman? So not ACTUAL in their minds that they went here as if MACHINES CAN, WILL & DO PROCREATE!

2. Cuban wrote a book stating the world's first trillionaire will be the person who masters this AI.

That person's name is Susan Herbert only we now  have all the currency in the world while all of you have numbers that are real on paper or on a screen but have no value! Do not rep any energy beyond that!

And we have all of this SUPPOSED missing, abadoned & stolen virtual actual currency too.

We 'hid' it in plain sight

Genesis Block and Patoshi. And elsewhere.

You cannot see it, yet!, as your made blind by the lies DC & Wright have told plus we need to teach all the simple science.

Judge Cooke: we modeled our gift after and upon what is universally true.

What we created and gave you? Gave to The People?

We did what the Greeks did with the Parthenon. Or Jefferson with A Summary View. Read the filingS. On the whole record.

We... demonstrated The Americans mastery of the universe and then our individual mastery of this universe and all it it including self!

Our mind.

We resolved Uniformity using …


THE EXACTLY WORDED GOVERNING DOCUMENTS.

WE NEUTRALIZED ANY CHINESE NUKE THREAT WITH THE QUANTUM; WE CAN EASILY SHOW YOU HOW THIS RENDERS THEM THE CHINESE OR ANY NUKE THREAT NEUTRALIZED.

ITS SIMPLE NOT COMPLEX.

THE ANTI SOCIAL MASK THEIR INCOMPETENCE BY TAKING WHAT'S SIMPLE AND NAKING IT COMPLEX.

NOW???

SEE ATTACHED

WE CAN SETTLE!

WE HAVE THE TRUTH

THE NEW EMERGENCY???

WE HAVE THE  ONLY SOLVENT BANK OR TREASURY ON EARTH.

WE ARE SO WILLING TO GIVE WHAT WE DID NOT EARN BACK.

SEE THE ORIGINAL FILING!

JUDGE COOKE: WE WROTE

"PAY US WHAT YOU THINK OUR WORK IS WORTH"

WE ARE HAPPY TO RETURN TO ALL WHAT US NOT OURS!

BUT WE CANNOT

UNTIL THE ROBERTS HEARS US SO THE WORLD DOES

WHERE THESE LOONS TOOK US

IF THE PLANET THINKS WE WILL NOT RETURN OR WE THE PPL DID IT ON PURPOSE?

THEY DO NOT DISTINGUISH BETWEEN THE PPL, THE US AND DC. TO THEM!

WE ARE DC SO

WTC

WE NIW NEED THWART THIS

AS WRIGHT IS IN ENGLAND ATTACKING THE CROWN AND VIOLATING THE WWII HONOR BOND

THE REASON YOU NEVER ENTERTAIN NOT SENDING AN AUTHORITY CASE AHEAD??

AS TO BE ONE MEANS

NOBODY US IN CHARGE

NOW, IF THESE MEN LOST 6¢ or IF THWIR MONEY THAT THEY EARNED WAS STUCK IN LIMBO?

WE CANNOT NOW JUST TAKE OUR MONEY!!! OUR PLAN? WANNA FUCK US OVER? WE WILL CREATE OUR OWN SETTLEMENT! BUT BY GIFTING SOMETHING PRICELESS TO THE PPL, SOME OF WHOM ARE THEIR!, VICTIMIZERS

WE ACTED UPON FAITH ALONE

UNCONDITIONAL BROTHERLY LOVE

WHEN THIS WORLD SAID

NO RIGHTS ARE, AMERICA IS A LIE? KILL THEM SO IT?

A SIN! WE WON THE REVOLUTION AS WE PREDICTED.

WE KEPT SECURING THE PREDICTED RESULT.

THEN?

US. THIS CASE. WE KNOW ROYAL ASTRONOMERS!

ARE WE WILLING TO BET IT ALL, ACTUALLY GO ALL IN ALL POSSIBLE WAYS, EVEN WEARING A GIANT SIZED TARGET ON OUR FOREHEADS ABD BACKS FOR DECADES?

WILL WE PROVE AMERICA?

PROVE LIFE?

PROVE THE PHILOSOPHY OF FAITH?

WE SAID YES

I WILL

WE WILL

AND OUR ORIGINAL PREDICTION

ONE I, SUSAN, MADE!

I ANNOUNCED

I WILL MAKE IT REIGN IN SCOTUS

REIGN?

I TOLD CARL

IF I MUST

IT WILL RAIN IN SCOTUS

BUT

IT IS

RHE BLESSINGS OF LIBERTY THAT WILL BURST FORTH AND   POUR, REIGN
UOON THE PEOPLE

AND LOOK!

I, PATOSHI, THE POWER OF SATOSHI IN ACTION

AM.

AND I HAVE MORE THAN A TRILLION

I MY OWN SEKF EARNED

YOU ASK COUNSEL!

WHO DID THE MOST?

WORKED THE HARDEST?

WENT BACK AGAIN AND AGAIN


BROKE UNEER TORTURE AND IS STILL FUCKING STANDING!

ME!

I SUSAN!

SO TO AVERT WWIII

SEND TO ROBERTS

AND?

PUTTING MYSELF FIRST

THESE MEN??? I CANNOT SPEND MY OWN DAMN MONEY AS YOU FAILED SO
BADLY AND I DO CARE FOR ALL PPL, YOU DON'T?

I CAN PULL IT ALL

OR A PIECE OF A COIN

A PARTICLE

BOOM

AND WWIII

AND I AM STILL STUCK AT

I WANNA GO SHOPPING

THEN TRAVELING

I AM WEARING BROKEN GLASSES

USED FURNITURE

NO DESK TO WRITE THIS ON SO USING A PHONE

YOU? CANOT GET YOUR GUY TO GET YOU THE NEW CAR

I NEED GLASSES

AND YOU'RE FROZEN WHY???

JUDGE

SEND AHEAD

THE PETITION IS ENCRYPTED. BEEN STARING AT THE SOURCE CODE.

WE CANNOT SAY MORE OR ELSE ON PAPER

MUST IN PERSON

AND I WANT ACCESS TO MY OWN DAMN MONEY

BUT NOW? THAT'LL HAVE TO BE ARRANGED AS

WHAT WILL YOU DO IF I WALK WITH THE  ONLY SOLVENT BANK/TREASURY?

I AM AMENABLE TO RETURNING WHAT IS NOT OURS BUT KEEPING WHAT IS AS
SEED FOR A NEW TREASURY AND A RESTORATION TO THE LAW

INCORPORATING WOMEN

THIS, SILICON VALLEY?

51% ATTACK?

WRONG

COLD OR QUANTUM FUSION, FISSION

SO

MONOPOLIC

NANINO

NANINA

INTRINSIC OR LIFE FORCE

YOUR 2038 PROBLEM? ILL GIVE YOU THAT ANSWER.

I ALREADY DID!

JUDGE COOKE, THEY HAVE NO DEFENSE! HAVE THEY READ IT? DID THEY STEAL AND PERVERT IT? LAWYERS?

First, new clerk has insurmountable conflict, was former legal counsel for Justices

So chain of command goes to Roberts

That's just how it works, you would bypass Harris so as to NOT engage him in any possible criminal activity. He just has a conflict. It just is.

If you engage him? You would NOT. You 'skip' and go to next person. That way? When we get to an at fault or guilty party, Harris

Was not in the chain! At the point we skip over his conflict so him to next? Harris is out of the chain of command, causation; he cannot be at fault or guilty from then on.

So

Susan to Cooke

Cooke

To Roberts

Now

You go 'down'. Other side too.

You do not revisit any clerks! That would be backward.

At Harris if he is the Clerk now?

A conflict just is. Just is. You skip to ROBERTS. COOKE TO ROBERTS.

AT THAT POINT? HARRIS OUT

ALL CLERKS OUT

GOING FORWARD?

CASE AT ROBERTS

I PASS, WE PASS

NOW

AT CONGRESS

BLAME?

UM, WE GO THRU EVERY SINGLE ONE OF BOTH HOUSES. AND KEEP GOING.

YOU GO TIL AT VOTERS!!!

WE ALL THAT POTENTIALLY

YOU DONT GET BACK TO HARRIS OR POINT OF ENTRY TO CLERKS FOR 350 MIL PPL

HOW POSSIBLE?

I AT COOKE SO AT ROBERTS

I JUST SKIPPED THE VOTERS WHO HAVE THE CONFLICT!

I EXIT


ON CONGRESS, THE HOUSE

THAT IS LAW

IF THE PPL DISAGREE?

OKAY! AS NOW?

AN EXISTENT BUT NEVER ENACTED PROCESS IS

AIN'T ABOUT PROSECUTING NOW

ABOUT SAVING SELF!

AND I

I AM LIKE ALL WOMEN

EVERY WOMAN

OMG

NOW WE EARN OUR OWN DAMN MONEY AND EVEN WHEN ONE OF US BECOMES THE FIRST FROM ABSOLUTE SCRATCH SELF MADE TRILLIONAIRE NOW WE ARE STILL POOR ONLY AS WE ARE SUPER SUCCESSFUL??

EMERGENCY! ACT IN 24 HOURS!

I WILL START WITH A LINE OF FAKE CREDIT DRAWN FROM THEIR FAKE ACCTS WITH FAKE MONEY IN IT

AS I ANCHOR IT, GIVING IT VALUE, DUH


Here, PROOF these men are CONSPIRING, DC did this in bed with ppl they never met, tiny group of u seen actors but DC out Craig up to this


Obama The Lyin' Hawaiian?

 The John Roberts that you call God once delighted me, Susan, when he adopted the voice of Mickey Spillane not Mike Hammer and authored an opinion in that voice! Omg. Mike Hammer, the detective who lives among the hookers and street thugs and who

somehow got past the censors in the early days of tv as Mike? Spillane had him lobbing "pineapples" NOT grenades.

I Susan then acted to file something naming this: pineapple is code for grenade, Mike Hammer, John Roberts

AND LOOK JUDGE COOKE!

"Arthur van Pelt
@MyLegacyKit
BREAKING

Craig Wright - Ocean's Eleven

The 110,000 BTC hack last year was executed with a Wi-Fi pineapple planted in his property & wired behind his TV... after multiple people gained access to his house during a sudden power outage & security firm ADT lost all the records.

Face screaming in fear"

I peer reviewed Roberts.

I howled at his Mickey Spillane voice. Excellent. I?

That'd be my entire schtick, SCOTUS COURT JESTER.

THAT IS NOT ALWAYS APPROPRIATE.


BUT THIS? PROOF OR ELSE IT NEVER HAPPENS.

I have been told by lawyers that Roberts was some sort of math & science whiz like me in school. I have no idea if true. NOBODY ever filed good math, not even Bush V Gore.


But this?

Keep it simple stupid.

So then

This IS a motion to remove to SCOTUS, EMERGENCY

CHINA, NOW LARGEST NAVY; IN LEAGUE WITH DC; SEE PELOSI'S $127 MILLION BANK ACCT

SEE CHINA DIVE BOMBING NOT FLY BYING

BOTH CIVS AND ACTIVE DUTY WHILE CONGRESS AND SLEEPY, OLD DC JOE IS DISTRACTED.


I SUSAN LIVED ON THE SAME PROPERTY, ABOUT 300 FT AWAY, FROM FRANK BIDEN FOR 3 MONTHS.

I KNOW


ACTIVE ADDICTS

ZERO SELF AWARENESS/CONSTITUTION, ZERO AWARENESS OF LAW, GET IT?

ONLY AWARE OF WHAT THEIR OWN LAWYERS MANUFACTURE ON THEIR BEHALF ON PAPER AND ON SCREENS NO MATTER HOW CRAZY!

Robert Meyring may not act at this level.

He may at the SCOTUS level.

He would stand for all ethical men, boys and Attorneys.

He may not surrender his license to enter SCOTUS; then he may not stand for any remaining ethical attorneys.

He  is also acting in SCOTUS to bust these permanent wealth trusts.

Otherwise our gift harms not heals.

Supen but t
May 9th 2021
to counsel +
the class

We demand any + all
emergency remedy + relief.

A first draft of suit that a State Court judge has had for over a year and is refusing to docket.

I won the appeal of the wrongful eviction.

I apologize as the following is written on the run and when every single right has been violated. I am going to follow this filing up with a filing making the water rights case on behalf of NM and for the incorporation of Amendments 9, 10, women, girls, Truth or Consequences and NM as TorC was never founded let alone incorporated and the other states deny that NM is a state.

So please excuse this rushed first filing; really? If you set a hearing naming "hate" , violation of the right and birthright and so Grisham, Roberts and Trump then the whole case is made but I must name Southwest who I previously sued as I was never I formed of that beating is it went before a judge who should be disqualified as well and BBVA bank, see below.

I began this and then had to rush it as local police harmed me by telling me they'd watch for me driving to then arrest me. Why? Aaargh: a state unlawfully withheld the hardcopy of my license. Then 3 stayed including NM and TorC refused to cimy with a judge's order to give me that hardcopy so I'm forced to drive without it. Local cops in violation of law and it's spirit as well as case law and court rule,  tell me that they "do not believe" me when I vote fact and law.

I have written and rewritten this filing over repeatedly. There is no "good" or "easy" way to write these facts down in light of US and State Law, case law and criminal code and

being trained as an attorney or working as a lawyer and having gone to a school of law does not cause this to be any better or easier but more difficult.

Most of this case has already been filed and won in the federal court: it was directly filed twice over to SCOTUS upon authority and original jurisdiction where by I won, first by filing alone and by itself due to this federal question and reasoning:

Is ever the right of a citizen to file and be heard in SCOTUS or is it merely and only a privilege as SCOTUS itself claims within its official literature and its own opinions? It becomes a right if you are a woman and a mother of sons and a case involving the outcome of a Presidential election that is not a case of authority or o.j. and is a lie is filed and is heard and when former Justice Paul Stevens effectively stated 'these lawyers are lying' and no woman has been able to ascend to either the Office of  Chief  Justice or Commander as that is the power known as moral authority aka will and this power is the female not make power; no woman has and action to keep women out and to prevent them from ever ascending to these offices is such as veering from tradition to appoint a person who is not the oldest as the Chief Justice, directly interfering in active federal cases filed by a woman, acting to plant or facilitate the planting of a person as Clerk of the Courts SCOTUS whom JAG reported  almost single handedly destroyed JAG and whose nomination by the President to be one the JAG was denied by the Senate and exactly and directly threatening the woman who would ascend by and upon her own actually independent will using no tool except for her natural genius and/or threatening directly or indirectly the court clerks and judges who volunteered to act, to file the case that shattered delusion:

One reason that no good or easy way to write this out on paper exists is because in general men on Earth truly believe that genius is humanly impossible for women, that women cannot be and are not created as he is or with genius therefore women are CREATED inferior; that inferior minds cause women to be less than.

Every single named entity or person truly believed I am weak only as I am a woman or only as I am Susan exactly and when these ppl claim that they "don't understand" what they mean is they cannot comprehend that I won against the entire US including them as the US and the unjust were supposed to be invincible or so I am told. I'm invoking NM hate crime statute as it clearly states that the other party, the Defendant, only has to perceive a weakness or truly believe a weakness exists whether it does or not.

It is not on me, the ultimate victim who now stands for all victims including local municipal victims, if the reader and men in general refuses to consider the facts, denies reality and actuality and/or simply ignores the truth.  We are homo sapien so on some level we all know. What are you aware of? That's different. I made every party especially Alan Brown wholly aware. And by making 3 appearances in total on the SCOTUS docket when the second, Petition 08-6622, reflects default is as of 11/05/08 as the Solicitor General never, ever responded and by making one appearance in the UNs IHRC then everybody has been served several times over.

This court? Eyeballed me and overturned what is a wrongful eviction and seems to be a crime too as Alan Brown repeatedly prevented me from defending myself and when I had never been served with the eviction and so I wasn't aware of several disturbing facts when I appeared to appeal the eviction:

When I appeared for the eviction hearing, Cheryl Shirt had already lied to two ppl whom I believe are local cops in order to gain entry to my home. I happened upon them after she had been inside my home as she told the police that I had ALREADY been evicted. When I caught them she then changed her story and they ordered her to tell me the date of the hearing as again, I was not served. I had posted notice on my door of the active federal case as it does not end until beating in person in SCOTUS occurs or the US settles re damages. Otherwise default is and so: NO legal action action may be brought against me as the US doesn't get to state that the Constitution does not apply to me but then say it does o my when the US including Gene, the Shipley's or a bank seeks to take from me and linosh me. using the color of law; the US may not insanely claim one minute that

Susan, women and girls and NM is not incorporated into law but then the next claim that we are.

After the eviction was appealed I discovered that not only was Chryl Shipley the person listed as Gene Lester's attorney but that Mark and Cheryl Shipley are also  Elders or Officer in the Mormon Church as is Alan Brown but he in court acted as if he did not know her and would not say her name when she failed to appear.

Later I discovered that in October of 2019 around the time that I filed as I filed first and as an Emergency and I named the City by naming Utilities that the PD Lee Dechamps created what I believe is a dummy LLC named Elephant Butte Cattle Co and so he is listed as the agent and EB Cattle Co whom I believe is the Shipley's is listed as the new owner of my home, 819 Ash. See attached.

If this isn't bad enough? I had been going back and forth with the city regarding utilities. The City over charged me but stated that I had to lay for their error, shut me off illegally and unlawfully at least twice, suggested that I lost a payment I had given to them, told me at one point that I needed a man to sign for me or I couldn't have utilities in my name and refused to account for a ten dollar bill the serial number of which I recorded.

Repeatedly the City of TorC via Utilities threatened me and attempted to strong arm money that I did not owe. As I already told this court Eugene Lester abandoned the property and loan at one point and moved to Virginia and I only discovered be returned as the city threatened to call him. They located him at the TorC golf course. At the time?

The City was threatening to put a lien on the home for unpaid utilities. Lester was almost hysterical. I found out why later:

Judge, it seems as if jacking ppl for utilities and placing liens on homes is how the city pays it's bills and how the corrupt are able to steal monies from the city, from us. I Google any old meetings of City meeting minutes and within these minutes the City spent 150k it

did not have and then ordered the sale of homes for exactly 150k that it had liens on because of unpaid utility bills.

Disturbingly, the city commissioners and managers, some former, seem to be in bed with local real estate agencies and attorneys and that my home is not an exception as the state intervened previously when real estate agents used real estate agreements to artificially inflate prices.

I read through memos a former city manager kept and published and other minutes of other city meetings.

At this point? I am suing the Governor, the Attorney General and the Secretary of State and the state itself as we have complained and complained and it falls of deaf ears.

A recent piece of legislation regarding Off Road Vehicles was passed when out of state emails were counted as votes and then no person would or could produce them. Citizens complained and the Secretary of State blindly believed City Clerk Renee Canton but to do so she had to ignore independent testimony and all of our evidence and proof.

I myself complained to the State Attorney re gas gouging, the water rights case and other wrongdoing. The only time Hector Baldwrez responded? Re WalMart which brings me to this:

I worked for Walmart and the Vets Home. Both places acted prejudicially and violated my rights. WalMart? Had me going several jobs I was paid for, had me reporting break times as a cashier when no other ppl had to do so, pitted me against a man who then began harassing me by filing false complaints about me, male workers would lie about stock and had me running everywhere once for 45 mins, a manager once threatened to hold me against my will and had a baby rattlesnakes infestestation but did not tell me etc etc.

The Vets Home? Same things except the violations seemed to be focused in the kitchen where I worked. A department head actually harassed me when I would not violate what the state wanted me to do, when I wouldn't violate safety regulations to make his job easier.

Judge: I can go into detail. Intimate graphic detail.  And in the case of the Vets Home the violation of my person was do bad that RESIDENTS stopped me and volunteered to testify, they wanted me to press suit.

Randy Adhbaugh? Gouges has prices. Also: ice: do you tax it or not? Ashbaughs stores have been taxing ice unlawfully.

But this brings me back to the state as although I can reason and I can you logic, the State doesn't seem to.be able to do so. NM cannot reason it's ORV legislation or it's gross tax re ice and in the case of water rights?

Judge: I will make the case for NM as in the attached article our Attorney General basically confesses and Grisham?

See attached again. Grisham had to of ote biological fact to pass the X as a sex legislation.

I am writing on the run, between homes and when I'm dealing with an alcoholic husband who needs treatment. I will do my best to file against each named defendant separately, in the future, so you the court can sort this out but I can easily prove my case against the named parties.

This? This is what happens when the offices become criminally corrupted as they are bought and sold. If only one of us refuses to participate?

That person's, my!, Rights and so my person will be wholly violated.

This case began as a kidnapping as my children were kidnapped from Truth or Consequences, NM.

A NY Court actually helped the kidnappers as the seats were bought and this was common k kwowledge. I was in NY when Nicholson V Scopeeta was and that's why I'm suing ALL attorneys via the ABA, Harvard and Yale as…

Lawyers attempted to overthrow the people via Bush V Gore. In NY? C'mon! A judge who is a lawyer writes "the biological mother does not count" and lawyers pretend that she didn't? Lawyers are lying as former Justice Stevens said in re Bush V Gore.

I am here to address the absolute and whole violation of my rights so my person. And to incorporate myself, women, girls and NM as the same NY court kept denying we are a state or that we exist. See attached as Scalia and Thomas have been talking and suggesting incorporation.

I am also here to FOUND Truth or Consequences, NM. The citizens keep telling the courts that TorC was never incorporated. It wasn't. But I knew...it was never founded. It wasn't! I took testimony from ppl alive at the time the Dam was built. So every time  lawyers told Santa Fe that they saw our nonexistent invitation papers they perjured themselves as did State Officers who accepted this when we sued.

The last suit I'm aware of? Regarding the land that was stolen from us for the waste plant. If FDR gave it to us in perpetuity for recreation then only an Act of the President can take it from us. No such Act occurred. The Commissioners and manager just stole it.

I'm suing Trump as like Roberts he should know but apparently they don't or they're a part of the corruption. Roberts? Roberts stated publicly that he gave special treatment to corporate lawyers and so corporations, favoring 8 firms and allowing one firm 75

appearances and when I won an appearance as a right but out of control clerks shanghaied the case.

Judge: how does Trump have Dershowitz for a lawyer re impeachment so WE have him for a lawyer when his ulterior motive for working for Epstein was sex with minors? I sure Dershowitz before and I'm saying him now not only as be isn't being charged in the Epstein case but as he provided inadequate and Ineffective counsel as did Guilani; if you do that to a sitting President? You do it to us.

Kamala Harris and Bill Richardson: I want them both charged with a hate crime if not treason as like I proved Obama wasn't qualified neither are they and they know it but ran anyways for President.

Judge, it's what you'll read in the memos that I will produce: these ppl know they are violating rights and committing crimes but do it regardless thinking we cannot or won't sue

Judge, read the attached Petition that won the day in SCOTUS. Then please read Judicial Review Is The Myth Of Fingerprints on PACER; again, it sits in the Middle District of FLs Appellate in GA. Then?

Please set the case re my eviction and that property as I am suing all as individuals and in the official capacity for 1 million plus.

Official capacity?

If this court finds upon the judgement of default then the rest my be moot. I?

I cannot lose unless the judge commits a crime.

Alan Brown? I have 2 other women who will testify, as ppl kept telling me Brown has a god vomex but I detected an authority problem: as a man and a Mormon? Be silenced all

3 of us when we extend actual authority as Mormons don't believe women have it or that men ever submit to women.

Again: I had to write this in a rush
 I understand that it's a data dump and a lot of it might not make sense.

For instance BBVA bank ? Their ATM did not dispense $100 when their statement says it did. I can prove this. Also? My debit card had a phony  service number on it. I complained as you dialed it to activate your card and they tried to sell me a phony Financial instrument for...$100. I could not exit. But I hung up. How many ppl pressed buy as there was no choice to exit? I complained when I finally got their service number and called.

All I can do? I will enter filings slowly against each person or entity that I've named. To prove my case and the case for incorporation of the 9th and 10th  Amendments, women, girls, TorC, NM and myself?

Well, I made part of the case in SCOTUS. Now?

Now I'll make the water rights case and the case for the 9th and 10th:

A right I have that is not named? I am created via DNA as a genius. I have a right to exert that genius, my human potential, and to earn a living from it.

When I say that I will make the water rights case for NM? I made discoveries in several fields including physics. As I unified Relativity and Quantum Mechanics but men refuse to acknowledge that a woman did this? I will make the water rights case back to smaller than Hydrogen and to the creation of life. It is some, simple science.

Simple! Not complex. Such as men ignore and deny consciousness or that supermassive objects behave quantumly and that DNA is multidimensional. They deny this simple science exactly as a man named Heviside did, when he ruined Maxwell's 20 equations upon reducing them as be couldn't wrap his brain around what is "ethereal" so be just tossed something without reason or logic!

Men? Absolute thinkers. This case and the science? Whole thinking!  The thinking women do, not men.

The water rights case? Easy to make.

This? Women? Me?

I'm straight. So crooked really shows.

The Mormon Church had actively been keeping it's physical location from me and from another citizen and when I named it in the federal filing. So I am aware of how very, very, very bad this looks. How bad the appearance alone is. And not just for Mormons such as

Alan Brown and the Shipley's who effectively stole my home from me and who now offer it for rent but for others such as Sonya, the manager of the Electric Utility or Commissioners and especially Steve Green.  Or several governors including the current governor of NM, Grisham and her good friend Hector Balderez who like others confessed to a newspaper but did not realize he was doing so exactly as David Boies of Bush V Gore and gay marriage fame confessed but to a magazine, New York Magazine.

I am a realist. No person is above or outside law, what is law of nature or what is congruent and consistent with law of nature as I have proven the Founders theory and form is the good science and is most perfect. And you never just forget you are harmed, never addressed it effectively, as there are too many defendants. And you do not allow logistics to dictate reality to you as all can be overcome. But if you are the person who buntsrily paid this cost and on so doing became the ultimate victim, where do you draw the line so that you never become a willing victimizer, never become your very own victimizer and willingly so?

By giving this court all of the details I am about to state and as much of what I am aware of? Yes, you cannot donas other judges have done in the past and control the proceedings and outcome. But those last actors? Never did control anything either. It only seemed as if.  And this, the case and so nature of victimization, is about authority versus control therefore the DV named in Art. 4 Sec 4. that caused our fall so why on Earth would you willingly harm yourself over again or for the very first time?

By giving the court as much I fonas I can then I accord all people including the clerks and the judge and even those named as defendants and/or who are at fault or guilty as that has been proven the most opportunity then I accord my own self the most opportunity. All I am effectively doing?

Restoring the spirit of the law and opening every door that has been closed with deliberation and inadvertently for as I am a mother of Don's and one is named by FL as

a Legal Unborn Person then I prove that now, unjust men are harming themselves or are harming men before men are born. While in utero.

But they didn't need me to tell them this as men are aware that while 75% of all cases of schizophrenia are women and they use this to defend, to rationalize and justify crazy making and the false accusation of women and of me being "crazy" when that is a slur and in my case was proven to be not possible, that 75% of cases of AUSTISM are men and when autism deals with what? Emotion and men know how to use words to punch and to kill a woman, as a deadly weapon but this truth is denied.

Who can deny nature and nature's attempts to maintain equilibrium as humans and the human biological system will strive to maintain homeostasis? To account for the wrongdoing of men where women and all children but especially girls and the u born are concerned, or to point out and cause men to acknowledge what they sent, that women so all children especially girls are actively, currently harmed and are the victims of existing prejudice? If you could still deny this can you now when I present evidence and proof that is…

A governor legislating sex as a feeling and an unknown,  anything goes X? When that then...prevents agencies like Social Security from making correct calculations and projections? And prevents health insurance and life insurance agencies from making reductions based upon life expectancy? That denies biological reality in such a way only three possibilities exist, that Grisham has driven herself into inorganic, temporary insanity, or that Grisham cannot reason and apply therefore protect, preserve and defend us or that Grisham is corrupted as in morally or as in  criminally?

The proof is never paper but actions as people ACT upon only what they truly believe no matter what. How else is the testimony of men masquerading as women or as gross caricatures of women  being  believed and accepted as true and beyond doubt, as the testimony of men who are doctors has been in the past in re childbirth when like transmem

and drag queens no man can know the truth of woman or childbirth, for them it is a lie, is hearsay it is suggestive only?

You cannot reason this. Or that a second, actual authority case was and is but is not heard when John Marshall stated what the remedy and relief is, to act and if the denial of the piece of paper that becomes the denial of the right you are to return to SCOTUS. I did. In this case? Denial of the birthright is as while all other contenders and cases against McCain and/or Obama failed to name a test of the natural birth clauses or first of Marbury via a chellegr to Bush V Gore, a bad case and a lie, or failed to name the correct application of the EP&DP clause's a counting for biology, they all failed to prove that they are the authority and are the acting Commander and President, I did not!

They? Not only brought bad cases or defective cases but not one of these people or Bush, Obama or Trump proved thru bad so much as an atom of ability to execute the duties of this office or of Chief Justice as both are a matter of authority so command. Fact?

Fact is so corrupted are we and so off course, acting upon what is conditional and irrational not only unreasonable but worse as it is insanity, that we not only haven't had a Commander in office for decades but not one officer in the US Military can command, had the ability, or else none of this, my injury and harm and  Bush V Gore or what has followed such as a war declared upon falsified evidence would be. None of it would have happened except for Bush V Hotel for if might have had another name such as Herbert but the guilty party, lawyers and the law schools that produce them, had to install a President to then wrest the power to preside aka  liberty aka legal power from The People AND so the Military, as the power to command aka will aka moral authority which is female had already been stolen as Bill Clinton admitted on a national talk show, that what surprised him is that he didn't do everything that the Constitution names, that others did.

No person amended the Constitution and my knowledge is that the US Military via the Navy informed me that I seemed to be the only person who could command, who knew how to do so as I possessed actual power and authority and as a promise is that if you

can master command then you can create and so have ANYTHING you please. Anything. And that this person based upon the proof, the proof being that the highest ranking people were coming to and/or were at Mayport, FL as I was acting in the courts.

At that time? I was not age 35. Also: there was a lot we were not aware of. And I? Made a mistake. Then and until recently, I believed somebody else was left who could command and teach it as I taught them and they had the experience of squaring off against me and tying me. Nope. Nobody in the military currently can. This? Already proven.

And if you feel badly? Are somebody like a judge or officer of the military and that causes you to have indirect and 5hird party false shame and false guilt, so it's seemingly embarrassing but you feel it? Don't blame yourself and while you never compare injuries if you 5hibk that's embarrassing wait until you hear about organized science such as psychiatry, mathematics and physics and where they erred and acted prejudicially, how their prejudice that they sent harmed me exactly and women so they too harmed themselves but double time as:

The answer to Uniformity, the reasoning of actuality of never proven gravity itself and then the Unification of Quantum Mechanics with Relativity was sitting in plain sight and for free, for no admission, upon the Congressional record and within US Law or within the Declaration, Federalist Papers and Constitution; the science? Some was within Jefferson's letters and other writings or within Madison's Notes on the Convention. The universal mean that eluded Newton and unifies it all was enshrined by Jefferson via the clock at Monticello that was not bad design when it would not run as the wright hit the floor. It o ly seems as if Jefferson designed or measured it poorly. Wrongly. The workmen? Jefferson was not pleased but there e isys a letter on which even when he accounts for their execution of his work, he cannot find a flaw. Precisely as there isn't one!

What did I need to be aware of as I've been told that only I knew what Jefferson's unique system of weights and measures is and means and so why silver would be so important?

I will let judge a d jury decide that as I cannot tell you as I was created and born this and have no reference point especially as one I jury I suffered us this: I did not know, was not aware, that I am an actual natural genius until my late 30s. This, this thing about self, self consciousness, self awareness and finally self actualization that is also our victimization and the DV that is and is against us and by officers who do it go themselves first and worst?

Please read the attached winning SCOTUS petition #07-9804 captioned IN RE SUSAN HERBERT AND HER MINOR SONS AS BEING AMERICAN IS A MATTER OF FAITH NOT OF BELIEF AS LIFE IS PROOF alternately known as the PROOF OF LIFE CASES and then go to PACER and read the brief that I ruined by adding to it as I was bored that sits within the Middle District of FLs appellate in GA titled "JUDICIAL REVIEW IS THE MYTH FINGERPRINTS".

I cannot reprint all of the attached evidence over again. Nor should I have to do so as I, just to be certain no person could cry that they were not served, also emailed Geneva and actually filed in the Uns IHRC and won there too as they falsely claimed that on the case of the US and all other member nation's that I and women and girls are the aggressors, not them and not men! And that Article 13 prevents them from heating the case. Hello! They heard it when they responded as I did not request filing and exactly asked them to receive it only, not file it! They had to file it for them to issue their answer albeit something like 10 months later so they heard it and: LIED, IN SUCH A WAY THEY ARE INSANE OR ARE CRIMINALS.

So the Earth or humanity has been served notice.

Come back when you have read those filings, those cases. And also the filing that was before US Claims.  An attempt to collect, to settle with the US. Most all of the details are within these filings and the entire investigation that the FBI/DOJ should have conducted as at one point they act3dd bit stopped when the person who was the NY Appellate Judge died  or when they confirmed that the entire NY Judiciary was involved as they did act to

go into the files in the Albany Appellate, is attached. I am going to begin again below and prove that when I acted as John Marshall instructed that I faced what he did not consider, and what came to be as SCOTUS isn't named anywhere in our law as a court of authority and only came to be so via their own opinion which Jefferson checked and as all Presidents since 1871 when DC incorporated did not, did not check SCOTUS as they should.

A sitting President checks SCOTUS and then? The People check both. Jefferson acted to do this finding that Marbury is good or is constitutionally solid but that it creates a possibility, an oligarchy might come to be. It did, an oligarchy of lawyers. Fact?

I am the only citizen ever to enter SCOTUS beyond the act to file, be heard and so cause filing and more beyond it let alone win in SCOTUS, as all others had their cases hijacked by lawyers once in or the few who filed and made it beyond filing were cases brought by a person who attended law school and/or held a license OR had some type of formal training such as paralegal school. I found a single case AFTER a certain date, as at first we had no such law schools. A single man.

No person could know something if they weren't aware of James Madison's federal question or if they were they never acted go answer him:

What exists at the FOUNDING of any formerly great government? As we know what exists at the fall of a formerly great government.

To answer this? IS to survive your own fall, as this makes it possible.


***

So then;

I exit SCOTUS having won via default. With the US in active default. The threat that Obama made against me was realized, I spend 8 months locked up in county jail and Chattahoochee where murders and worse are revealed to me and I return to the scene of the kidnapping as I too was taken hostage. That was always the purpose of the kidnapping, to control and silence me. And for the reasoning that Cate Austin stated, that it made her feel good to hate me  so she was willing to participate and to harm her own daughter, Ava,  in the process of only she could secure this feeling she had or produced by hating me. Her husband, David, the stranger to me? He wanted the house that was exchanged.

Charles Herbert, my brother, panicked when he was asked THE question that serves as proof: the only people who used the word hate? Them, never me. But if we agree that I, Susan, can't stand Catherine Austin, that I hate Catherine, then who thinks it is a good idea and will help the children if they are with a person that I hate?

And everyone panicked as they cannot answer that question without confessing. And I know that Charles simply replaced me once he lost control of me with Catherine who is about 1 year younger if that. That is all he did was he kidnapped the children from TorC and later from PA.

Over and over I am violated and I return to TorC.

Like Thurgoid Marshall was heard in person and the Justices opined. It is LAWYERS who are far and away the guilty party as when I took a class inogic and a couple in law I

was told the truth, that actual logic is no longer applied and that law of the kidnapping in 2015.

schools demands that you deny reality or you aren't allowed to graduate. What reality must you deny? That you or anybody can sue and in so doing defeat the 3ntire criminal element, that you can and may she the Chief Justice or the Dean of Harvard Law or the president of the ABA. As that?

Is to defeat: money.

5gus court needs to know one last thing before it reads the above named filings: the case for equality IS a money case in that this system cannot be tweaked anymore, it must be jettisoned. And money matters in that people, exclusively men, kept insisting go me that women are human bit are not Parsons. That sounded bizarre until men told me why: that no human is a person unless they can buy rights! That rights only exist if you have lots of money and can buy them! Well, what did they then manifest in this case?

That true belief! And so part of the insane reaction I cause is that I removed money from this. I? Ran for  and ascended to the Office for exactly $1.36 and I only needed that for bus fare to the court so I took out men or leveled those who use money to inflict harm including forcing the unable, incapacited and unstable upon us.

 SCOTUS that did not keep pace with the public or our growth in terms of our awareness as we entered space and women advanced in spite of never being incorporated, of a state, NM, never having been incorporated or TorC, and the 8nsa e gear of liberty, of NOT being able to lie aka manipulate, as then you and your work and so your life and the quality of it are on you alone, then you cannot place blame and there is no opportunity for self doubt to raise its head in such a way it stops you. What you manifest or fail to

manifest, what potential and in what form and how much of your potential is manifested is on you not an Alan Brown.

What all denied?

The citizens were playing a game with the officers, officers who insisted that this wasn't possible, that they couldn't be played. This is why the citizens voted for wrong doers over and over again or settled for the suffering the dumb and/or the ineffectual. Locally? Fascinating. Nationally? Ugly! But what's happening locally IS what's happening in DC, at times it is exact.

So I will pick up there, discovering for the second time in Jacksonville, FL that from upon a municipal or city council/commission level that I had no vote and that justice Ed made impossible as Trou, NY where I was born and raised made national news for a car that is yet within federal court s those city councilors admitted, co fessed in court from upon the stand, that since they first voted before we were a nation? The Democrats simply erased your choice and wrote in the name of their candidate or destroyed your ballot and created a new ballot. But they weren't convicted by the jury. Why?

Judge, is it possible to empanel a jury composed of voters when those voters participated in the crime and when all knew on some level? No. You can do this federally but not locally and only if you have a Susan Herbert OR a TorC, a city that was never founded let alone incorporated. Here?

Here in TorC may be the oy place on Earth where you can hear this case AND if necessary empanel a jury after seating a judge. So to that end, seating a judge?

I must hereby move to recuse the only other possible judge, Reynolds.

I have finally made an appearance and in this case as the recent wrongful eviction action that I won upon appeal IS a part of the federal case and always was and Eugene Lester knew and was aware of  this as was Cheryl & Mark Shipley and as was...Alan Brown, as I filed first and while I I formed Lester I never I formed Shipley as I couldn't:

Lester refused to communicate with me once be chose to file ex post facto and then not only did the court not serve me but I could never look the case or the documents up online; others made an attempt and I, and no person who tried in my presence, was ever able to pull the case or so much as find it on the docket. Also: 2 filings by me exist. One? Labeled an emergency. It was never dealt with as such. Both? While one seems to be a different case? Nope. Only the named defendant  is different, a bank and it's owners and actors, but otherwise it is the same and an Brown chose to recuse himself in one instance and would not in the eviction case; why, why is Alan Brown seemingly driven to hear certain cases of eviction and why did Brown play this game with me?

I know why, as I wrote what Alan Brown read and was acting upon and all I needed to know we're two facts:

1, Alan Brown acts to silence women and shut them down if a woman ever acts with actual authority of her own in court; I have 2 other women that be did this to who are willing to testify to this and during the eviction Brown avoided acknowledging that the real estate agent who would profit from the sale of the property and who came to represent it as a rental property so who may have bought it too was acting as Lester's legal rep or attorney and when:

2, Alan Brown is prejudiced where women are concerned as he is not only a Mormon but an officer or elder in the local Mormon church as is: Shipley, both Shipley's. If you look?

I named the Mormon Church in the prior federal case. Brown was aware of this. I am aware that Mormons do not believe in equality and that Mormons go further in that they are founded upon a belief that Inequality is the rule - women must accept this as a condition or be actively shunned and even excommunicated - and that no has or should be given any authority above or over a man.

From beginning to end this action was wrong and wrongful and all involved were deliberate, and when I am aware of something else: how real estate agents here, locally, monopolize the market and/or act with a judge and insider knowledge and a guarantee of sorts that they will never be prosecuted and how in the past the state appointed a babysitter as they used real estate agreements to artificially inflate real estate values.

The only piece of proof that you need? Yes the state and fed 8nadverysntly helps or acts in conjunction but even if you account for that, how do you reason apartments renting for $750 plus dollars with no utilities included when this country is among the poorest in the state and nationally and zero jobs or job growth exist that will cause the numbers to make sense let alone add up? And how are ppl denied loans and priced out of a market and how do so many homes sit vacant and rotting? Rent control would have to be in effect and it is not not so you'd recognize it.

I became wholly aware when Rebecca Dow managed to purchase TWO properties that I was looking at before they were known to be on the market as I am told she owns a trailer/mobile home court and the property that the Olive Tree sits upon. And when;

A citizen handed me the bulletin the the local Mormon Church prints and hands out naming Brown and the Shipley's as officers then

I, myself, physically eyeballed the land and construction or lack of it that is evidence and I pulled any old notes for any old City Commission meeting and within these randomly pulled note The Commissioners commit a crime openly by awarding $150k that does not

exist and then immediately naming property they owned via unpaid utilities and ordered exactly $150k worth to be sold.

And that? Told me what I already knew about the local utility company which we own and why I was the recipient of a letter they mailed to all customers stating that while they made the error that I would be charged for it, why they kept making up what is fiction instead of reasoning my insanely high electric bills for what at most was a 650 sq ft house but was advertised as being 550 sq ft and why my utilities had been wrongly, unlawfully and the last time dangerously shut off and not as I did not pay and/or act to pay. This also told me why the utility company had refused to account for an amount of cash that I paid to them, the serial number of at least one bill that I noted for the records.

But this isn't the beginning or ending of the story of my life and the harm women and girls still suffer. And this?

Some facts  - acts by others - cause the city of TorC's actions to be tame and not "so bad" in comparison. So very horrific are they that I can now represent all victims as two of my facts?

I have some one of whom is a legal named unborn person as FL legally designated him as such and because of something the military did when he was a Navy Dependent and then both the federal and state of Fl courts never, ever addressed this or otherwise closed the case as they cannot, to close it? You must somehow adjudicate it but when I appear and/or Christopher does as you cannot even determine if he was born and if you NEED to avoid adjudicating this case so any and every part of it then you cannot close it, to close it would be to adjudicate it and I entered the FL docket  evinci g that FL not only allowed an emergency filing to sit for years after the 2 sitting judges called in sick to avoid it but then FL entered the SCOTUS docket on their own, without being asked or told to do so and when they mistakenly believed that I could not enter it therefore FL the State acknowledged my and my son's and then all women and girls win and then...NMs win, as NM?

My children were kidnapped from TorC so the second fact, the fact besides Christopher's legal status as Unborn Person that is proof is: in a NY State County/Family Court ruling and order the judge first states that she cannot figure out NM, she denies NM as ppl deny we are a state, and then she finds for a man who is no relation to me and shares only physical space with my children and anybody actually American by stating that "the biological mother does not count". When I am the only parent present. And when ZERO evidence against me was entered and when NY previously denied me standing and sent the action, an action that began in NY and then Louisiana to Pennsylvania and the PA judge unlawfully and irrationally sent it back to NY without asking NY or considering the fact that NY denied me the mother standing and when my children had been spirited to NY from PA; but ZERO evidence was entered and the only thing you could label "evidence" was not and was never, ever to be considered.

Why not appeal to NY Appeals, that states highest court? As NY already wholly violated my rights as it was common knowledge that the governor, Pataki, had sold some seats on that court. What wasn't common knowledge is Nicholson V Scopetta was already there and Appeals sent it to SCOTUS who returned it to NY without comment and only moving that NY act to rule upon it first, that NY could not fail to act. And what wasn't common knowledge is the lawyer who represented me against my will upon appeal was paid to lose and I proved this in Federal court and how lawyers did this, and what wasn't common knowledge is that the FBI a d DOJ weete aware that this, human trafficking, existed in NYs courts and that judges were doing the selling and they decided not to act or to stop acting if a judge died, and the appellate judge who had my car did die. I did not discover that I am the person who lived to prove all 4 of NYs appellate had been corrupted so that organized criminals who are lawyers and judges and schools of law were actually conspiring and that the FBI/FOJ had judges in three appellates on film taking money, selling women and children in open court.

Why the surprise? NY State would also be the State whereby years previously I knew and was aware justice did not exist for me or any woman as the Chief Judge of Appeals

was found guilty after he stalked a woman for three years and ppl did nothing to help her or stop him.

What's the surprise as everybody knows ppl such as Clinton carpetbag as to be a Senator from NY, Governor or mayor of NYC is to be guaranteed a fun for President of you choose to do so. And NY? Why, I entered the Vanity Fair article in which the NY Legislature confessed to subverting the process in such a way from the bottom up so that they not the voters install a person as Governor. Their names example? They I stalled Andrew Cuomo but not when they were "supposed to", only when they wanted to later.

This? Endemic corruption that complete as every office is corrupted, so the unlawful corruption became ethical and moral corruption that has past completion or is criminal now but it goes on without remedy or relief when it exists and can be awarded.

This? Victimization and the nature of willing victimhood vs unwilling victimhood and so how willing victims become willing victimizers and how anger and perceived not real power therefore man-made fear and with it blame so false guilt and false shame  is used to punish ppl and enslaved humanity via targeting women and children.

This? A power of one case and the living embodiment of the Founders original theory having been proven as law and presenting the correct application of the EP&DP clauses.

This? The test of Marbury V Madison and so SCOTUS as it came to exist.

This? The case for a woman as Commander and President, the case for the incorporation into law and the protection of law for Susan exactly, women and girls and New Mexico as a state in its own right.

This? The case for Truth or Consequences as only I am aware of why the fact that our I corporation was thrown out, it never was, and then a state judge u lawfully ruled upon a bad case as it should have gone to SCOTUS first and you may not find against the facts

and proof only as you're frustrated and no other clerk or judge will execute their duty as this state judge did but not one person other than I was aware of why and of something unique in all of the US:

The city of Truth or Consequences, NM? You a state court may hear this case as the federal courts proved themselves to be hopelessly prejudiced and as they claim that they are not courts of last resort nor is any states highest court such as NY Appeals plus one federal judge, Marcia Howard, wholly conco trd fantasy or went insane when she issued a ruling and order staying that I am convicted of TWO felonies, am incarcerated in state prison and filed the incorrect paperwork to the wrong person as I complained about the physical conditions only!, and as she isn't the warden! Bit Truth or Consequences when this is where my children were kidnapped from?

TorC has the most original jurisdiction of all: the town was never founded as that incorporation WAS our founding, as no other founding exists at all not even a handshake! And * was able to take testimony from a woman named D. whom was 90+ at that time, in very late 2015/very early 2016, and who recalled details of TorC coming into being as the result of the dam being built and who also had memory that her mother, grandmother and aunts had deposited within her. She even gave me details about the chile and why it became so important to us as a part of our identity.

She confirmed what I was aware of, that no agreement or understanding of any sort ever existed or served as any type of founding not even a handshake. That ppl lived where dam planning and construction began bit not here and what did they do? They don't stood up and walked, moved over and sat down again. Began to homestead over again. As TorC was never founded?

This is the most original jurisdiction of all and one of Brown's other victims told me more, that she was aware that this entire area has "hinkey" jurisdiction because of native, fed, state, county and city claims that form a patchwork or overlap when most is disputed and so in their heads ppl like Brown or like clerks who follow no named process rationalize

acting as they do by citing administrative law, that they are acting upon what is administrative law.

I checked and this seems to be true, it appears as if this is true and this is what people are doing, not all but some or most.

An expert map reader who was in possession of professional maps that be purchased from the USGS had to physically drive to a piece of land as a road was named and was across from his side street where it becomes something else on the other side of Date but be could not figure it out using the .aps or by eyeballing where it crosses Date and picks up again. Also? We have the BLM claiming jurisdiction  and engaging in what are private land swaps and deals and is not truly competitive and we have: water.

If you remain calm and exert patience? I will state all of the injury and harm as briefly as I can and upon every level for I am the only person who is actually innocent - my hands are squeaky clean as I did not so much s lie to myself and an expert can prove this to you - and I am the only person, the only victim, who not only filed preemptively as one must if you know and are aware that your right will be violated but I am the only person who stood to challenge Bush V Gore so I refuse to argue if I am the only contender for the Office of President and Commander and the only person who can adequately and effectively execute the oath as no other person has done so and two states, NY and FL, acknowledged this and my win in SCOTUS against all of the US including the voters , it is a matter of record that I am it and won it as I always owned it by right and birthright, and I refuse to argue my mental state as that too was decided repeatedly and entered as a long-term, encompassing forensic report and crazy making is DV, I am willing to reason fault and guilt on the Defendants part as…

I also refuse to argue or debate IF Barack Obama is qualified as I proved he is not and then his own actions to threaten me and a federal bench via US Marshall's and a newspaper item are the proof that he is not qualified and I proved it. Nor will I argue or debate the proven fact of McCain's unqualified status, as we did not grandfather babies

born in the Zone into law and he? Could act to incorporate himself as I did.   I will only debate that already proven fact and that already won part of this case   in light of Grover Cleveland, Bill Richardson and Kamela Harris being unqualified or of Bloomberg once promoting himself with Shwazrneggar as VP as a possible ticket when the VP must be natural born.

In case it is not obvious? To be here where we needed to go, our own fall, as no formerly great government survived their own fall so this is our test, then law and case law, all of it, must be on my side or else I never so much as file. To violate the law wholly by foreignizing it to obstruct all women or only the ethical is to violate every single word, phrase and clause; other proof is where once hey men were given rights that belong to when when women were denied now transmen are being allowed to testify and their testimony is not doubted and is accepted as good and fact as if they are women when the testimony of actual bio women is denied!

This places ALL of it on the table and for me therefore us as this established that we are not acting upon English common law not is this commercial law anymore, as America is unique and now we have our very own body of common law some of which is absent in English common law and as the Magna Carta protected the aristocratic only but our Mayflower Compact did not protect only one class or done classes nor did Marbury.

I am invoking all prior case law especially concerning whether or not you may decide a case based upon the appearance of the documents oy - you may not - and whether you may rule and order upon an appearance alone as it is so very bad that a reasonable person looking at it would be convinced to believe something such as Brown is guilty of an exact crime in spite of the evidence and proof that may exist. You may.

I am reasonable. As bad as this looks? Appears? It is. But then again it isn't based upon fact such as psychology or physics. And realistically and logistically, can I ever prosecute and then imprison the number of guilty parties at this point? No, but you do not simply allow them to continue without censure or removal. That, expecting different results?

Insane. Einstein says it this way: you cannot solve your problems by paying the same thinking, same mindset, or same ppl, that created the problems. And I will never as Oprah did on TV tell the victim to 'just move on, just forget it'. Some ppl who harmed me such as some lawyers?

Belong in jail.

Question: How on Earth did Alan Detshowitz come to rep Trump in re impeachment and removal when Detehowitz was a friend and employer of Jeffrey Epstein and when he had ulterior motive in re Elstrin, underage sex, and when he  was made aware by me as I used and seved him? At Yale?

How does Trump as President and Commander as these ppl made zeyo distinction come to have a legal team that is actually inadequate and ineffectual as I now claim/charge? And how does a water rights case against NM come to be reopened and on SCOTUS when even a Justice complained that it should be settled?

I engaged these exact ppl or lawyers, I encountered them or they were a part of the case, who committed crimes and should be charged and prosecuted criminally. At some point? I or someone else will draw up and enforce a warrant.
But here, now?

All you need to do is concern yourself with the violations against me and that my choice is, for the purposes of causing and granting immediate available forms of remedy and relief as people are dying, is to rule upon the appearance of my claim/charge alone,

Yes, I have a hardcore example:

And then when

.

Motion to amend granted.

Emergency Change of Venue to SCOTUS granted.

Signed_____

Date_____

Attachments/Exhibits

All of it except exacting science and math is on the record!

We pull even $1? Global financial system collapses. Hard to envision it on flat paper; another reason you don't purloin authority cases.

On Decimalization

DOES NOT WORK!!!

CANNOT USE 1 THIS WAY

SEE FLOATING POINT DECIMALS & SIGNIFICAND FIELD TOO

to dollars-and-cents pricing until early next year. The SEC …

SEC Drops Plans for Decimal Trading In July, Seeks Comment …

Apr 14, 2000 — Under both proposals, decimal pricing would begin for ... concerns about having some markets trade in decimals, …

Imagehttps://books.google.com › books

SEC Docket
United States. Securities and Exchange Commission — 2008 ·

Securities
Rule 1033 , " Bids and Offers — Premium , " will apply to U.S. dollar - settled options on ... underlying foreign currency , provided that the first two decimal places shall be omitted  …

Stock Exchanges Trade Fractions for Decimals - ABC News
Jan 5, 2006 —

Stock Exchanges Trade Fractions for Decimals ... That's about to change. ... Earlier this year, the SEC ordered the NYSE and the Nasdaq to switch

DOES NOT WORK!!!

Stock Prices Switch to Decimals From Fractions, Raising Concerns

By Greg Ip Staff Reporter of The Wall Street Journal
Aug. 28, 2000 12:01 am ET
When the long-awaited switch to decimal from fractional stock prices in the U.S. begins Monday, most investors expect to benefit from narrower bid/ask spreads.

But there is a potential dark side to the switch that many investors may be unaware of. With stocks quoted in dollars and cents, it will mean that for as little as one cent a share, Wall Street pros will be able to step in front of public orders -- in what some, including the president of the New York Stock Exchange, say amounts to "front-running."

Pros can step in front of the public even with stocks quoted in fractions such as 1/16 of dollar, and investors sometimes benefit from the practice. But some fear that reducing the minimum spread from 1/16, or 6.25 cents, to one cent, will make the practice so cheap that it will surge, at the public's expense.

Investors -- especially big investors -- could become more reluctant to use "limit orders," which are orders executable only within a defined price limit, resulting in more volatility. That is what happened with the switch from eighths to sixteenths in 1997, one study found.

"Certainly in a penny environment there's more of an opportunity for people stepping ahead," says Annette Nazareth, head of the division of market regulation at the Securities and Exchange Commission, which is overseeing the phase-in. "It's a concern. We're going to be watching it much more closely. We wouldn't want to see investors discouraged from placing limit orders."

Rob King, head of Nasdaq trading at Robinson-Humphrey, a unit of Citigroup Inc., says, "You narrow the spreads from a sixteenth to a penny, you save the customer five cents, but the reality is you'll make stocks much more volatile. You'll see stocks run up 20 cents, run down 20 cents -- the professional who knows what he's doing will easily be able to step in front of someone for a penny."

Here's how it works. Suppose an investor posts a limit order to buy 5,000 shares at no more than $20, which becomes the market's best bid. Suppose then a "market" order -- which can be executed at the best available price -- to sell 500 shares arrives. A professional -- a stock exchange specialist, a market maker on Nasdaq or the investor's own broker -- might decide that the presence of a big buyer at $20 suggests the stock is a good buy, and "steps in front" by bidding a little more for the 500 shares.

At present, the pro would generally have to pay $20.0625 to step in front of the $20 bid, for a total cost of $31.25. The 5,000-share buyer gets nothing, but the 500-share seller is "price improved" because $20.0625 is better than the best bid of $20. But with penny increments, the pro would only have to pay $20.01, for a total cost of $5. The buyer still gets nothing and the seller gets only a slightly improved price.

What if the pro bets wrong and he sees selling pressure build? He sells his 500 shares to the 5,000-share buyer at $20; his total loss is just $5, and the buyer now holds a stock that is about to drop.

Pros "are not stepping in front to price-improve out of the goodness of their heart," says Bill Burnham, a partner specializing in financial services at Softbank Capital Partners, but because "they know something you don't."

Indeed, some such as Mr. Burnham say it amounts to front-running, which is when a broker uses knowledge of a customer's intentions to trade ahead of that customer. Securities law prohibits it when the broker trades at the same price his customer would have traded at, but not necessarily when he trades at a better price.

Monday's pilot program begins with seven stocks on the New York Stock Exchange and six on the American Stock Exchange. If all goes well, more will be added Sept. 25 on the Big Board, with decimals for all stocks by next April. (The Nasdaq Stock Market won't start going decimal

He added that one reason for a pilot program is so that the exchange can "carefully monitor trading by all market participants in this new environment."

Andrew Cader, co-head of Spear, Leeds & Kellogg LP, whose Big Board specialists handle the stocks in this week's pilot, says he is less concerned about the impact of decimals than he was last year. "I don't think there are so many limit orders that it will be economic for anyone to jump them by a penny." Over time the limit order book, which displays orders to specialists, has gotten thinner and less useful for predicting the market's direction, and indeed, "I, for sure, and the specialist community in general are pushing the exchange to display the limit order book to the whole world."

The best protection for investors might be disclosure. If the New York Stock Exchange and Nasdaq market makers publish all their limit orders, as the SEC would like, professionals would no longer have an information advantage over the public. In addition, a recent SEC proposal would require brokers and exchanges to report how well they handle customers' orders, enabling an investor to see how often his limit orders are filled.

Trading Stocks a Cent at a Time

A new era begins Monday morning, when the New York and American stock exchanges begin trading some stocks in "decimals," meaning dollars and cents, rather than fractions. (The Wall Street Journal's stock tables have already been converted to a decimal format.)

Which stocks are going decimal?

The issues that will be traded in decimals in Phase One of a pilot program starting today:

On the NYSE : , , (A shares and B), , ,

On the Amex : , , , , ,

What does it mean?

The stocks in the pilot program will be traded in one-cent increments. When using fractions, as Wall Street has done since the 1700s, stocks trade in wider increments, since 1/8, for example, means 12.5 cents and it takes another 12.5 cents to get to 2/8, or 1/4. Now, a stock won't move from 1/8 to 1/4, but rather can move a penny at a time from 12 cents to 25 cents.

When is the pilot expanded?

In Phase Two of the NYSE experiment, on Sept. 25, some 52 other companies will have their stocks traded in decimal format. They will include such heavily traded NYSE stocks as and . The Amex's second stage will involve 40-50 stocks.

**Where are the Nasdaq stocks?**

**Nasdaq won't start its pilot until March. The market needed more time to get its act together. All the markets must go fully decimal by April, regulators say.**

Source: New York Stock Exchange; Nasdaq; WSJ research

Write to Greg Ip at greg.ip@wsj.com

On quantum tech, pulled from scrap;

Start where starred.

Bite us China. We're serious Judge. So sick of it. China: Not only can't you execute your nuke threat? That's an illusion only? We can do some quick calculations or use CIA Military remote viewing AND our own quantum tech to see, actually see, what you have or not and where and we are laughing as we visited you and now you have the world's largest but mostly useless Navy. If China would like? We can do to you what we can do to Congress: reveal all of this documentation such as FISA & email that was never a secret and now includes: the exact location and types of Chinese nukes AND ALSO the exacting science to exactly when & where you gotta detonate one of these exact nukes to then get a chain reaction. It is a DECEPTIVE Illusion only so delusion to believe secrets exist therefore lying/deceit works so that you can just nilly nilly lob a nuke any old place and get a reaction. Nope.

Judge, our knowledge? Read the following as it is based upon Quantum Mechanics only and it ASSUMES no person has Unified Quantum Mechanics with Relativity; we are uncstegoricslly stating WE HAVE UNIFIED OR UNITED THE TWO SO IT ALL.

THEREFORE WE CAN PROVE THESE PPL ARE DELUSIONAL AND ARE LIARS, ARE GREEDY GREEDY GREEDY ANTI SOCIAL PPL WHO EXIST ON AND BECAUSE OF DECEIT AND THE DECEPTIVE ILLUSION THAT SECRETS EXIST WHEN THEY DO NOT SO UPON HEARING THE BETH BLOOM WILL DISCOVER SHE AND OTHERS WERE BRUTALIZED FOR NO REASON OR CAUSE EXCEPT "I CAN SO I WILL" AS HOW DO CRYPTO LAWYERS SAY TO US "WR KNOW NOTHING" ABOUT WHAT THEY ACT TO PATENT?:

Article/link in re the Quantum tech

"Don't panic! Is quantum computing the end of security as we know it?

Luther Martin Distinguished Technologist, Micro Focus

Quantum computers may eventually make some types of encryption useless, but that is no reason to panic. There's plenty of time to move to quantum-safe encryption algorithms. In fact, you are probably already using quantum-safe encryption algorithms—in other words, those believed to be safe from hackers using quantum computers.

Here's why.

Enter quantum computing

Quantum mechanics is behind many technologies that we take for granted today. The transistors in our cellphones, the LEDs in our flashlights, and the MRI machines that doctors use to look inside our bodies are all examples. All require quantum mechanics to work.

Another application of quantum mechanics may soon provide a way to do things that are not possible with other technologies. This is quantum computing, and it is based on a very different approach to storing and processing information.

A classical computing bit represents one of two values that we think of as representing a logical 0 or a 1. Quantum mechanics offers a more general way to store information by allowing a quantum bit (qubit) to store the probabilities that a particular qubit is either a 0 or a 1, with the precise value of the qubit unknown until it is measured.

This is much like the situation you get when flipping a coin. When a fair coin is spinning through the air, all you know is that the probability of it coming up heads is 0.5 and the probability of it coming up tails is also 0.5. But when you catch the coin and look at it, you know for sure which side came up. One way to interpret the state of the spinning coin is that it is both heads and tails at the same time.

This is similar to the mathematical formalism of quantum mechanics, where particles (electrons or photons, for example) are always oscillating and you cannot know the state of a particle until you measure its properties. And if you know the probabilities that a particle is in one of multiple states, you can think of that particle as simultaneously being in all of those states at the same time.

Storing qubits

By extending this idea to qubits, you can use N qubits to simultaneously store the probabilities that your system is in any of the possible 2N states. This is often interpreted as meaning that with N qubits, you can store all 2N possible N-bit values at once.

That is a dramatic increase over the capability of classical bits, where an N-bit register can only store a single one of the 2N possible values at a time. There are between 1078 to 1082 atoms in the visible universe, so a single register of just 265 qubits can simultaneously hold about as many values as there are atoms in the universe.

Quantum versus traditional encryption

That is a lot, so it should not be surprising that it is possible to do some very powerful calculations with that much computing power. And some of those calculations dramatically affect the security of some (but not all) encryption algorithms.

The security of encryption is quantified in terms of "bits of security." This provides an easy way to compare algorithms with different properties. It takes about 2,128 computational steps for an attacker to crack a 128-bit AES key, a 256-bit elliptic curve key, or a 3,072-bit RSA key. We say that each of these approaches to encryption provides 128 bits of security.

But the number of steps that it takes to crack a key depends on the computer you use. The fact that a 3,072-bit RSA key provides 128 bits of security assumes that an attacker is using a classical computer, not a quantum one. The nature of quantum computers—computers that use qubits instead of just traditional bits—makes it possible to implement algorithms that cannot be implemented on classical computers, and these dramatically affect the security of some encryption algorithms.

Reducing security

In particular, there is an algorithm that runs on a quantum computer that reduces the security of a 3,072-bit RSA key down to only about 26 bits. It is essentially impossible with the non-quantum technology that will be available in the foreseeable future to crack a key that provides 128 bits of security, but you can easily crack one that provides only 26 bits of security with the computing power of a cellphone.

If engineers figure out how to build large-scale quantum computers, the security provided by the RSA algorithm essentially disappears, as does the security provided by many other common public-key encryption algorithms, including those based on elliptic curves.

The security of essentially all of the public-key encryption algorithms that are widely used now will be reduced to essentially zero if attackers have access to large quantum computers.

It's not as bad as it sounds
But all is not lost. Many well-known public-key encryption algorithms are secure from attacks by quantum computers. Some have already been vetted by reputable standards organizations—IEEE Std 1363.1 and OASIS KMIP (PDF) already specify quantum-safe algorithms. So if progress in quantum computing ever threatens to make today's public-key algorithms crackable, it will be easy to move to quantum-safe alternatives. That is the caveat to becoming quantum-safe.

The easy part is something that you are probably already doing. Attacks that can run on quantum computers simply divide the number of bits of security that an AES key provides by two—a 256-bit AES key will provide 128 bits of security, etc. So if you are already using AES-256, you are already using an encryption algorithm that will provide an adequate level of security against quantum computers. If you are using AES-128, just move to AES-256 and you will be using a quantum-safe algorithm. It is that easy.

So the bottom line is that it will still be possible to communicate securely in the face of adversaries who have big quantum computers. Just switch to quantum-safe public key algorithms and move to AES-256. Make that your strategy for being secure in the future quantum world, and you'll be fine."

We always could see, hear know THEIR 'secrets' as no such thing is. Thomas on privacy not being a right? He's correct. And women? Men need a machine to keep up:

https://www.google.com/amp/s/www.cbc.ca/amp/1.3473154

They've explored the brain not the mind and how they work together, but in brain studies alone, women compute FIVE times faster than men.

We have the science of mind and the quantum? The Higgs particle they claim to have evidence only of? Our previously named NANINO, NANINA and INTRINSIC or LIFE FORCE. See prior filings and the 1905 papers in physics.

The AMA: when we investigated this before, we  investigated why & who the ABA came to act to do this and at times to the level of giving the CIA and military outrageously erroneous and wrong advice, we were told the AMA did it. And...they did: in their zeal to harm women and in so doing e slave all to the AMA, the AMA indoctrinated ppl to truly but delusionally believe NO MAG COMPONENT TO THE MIND, ABD RECENTLY BEGAN INSISTING THAT NO MIND EXISTS! THAT IS THEY VEGAN STATING THAT THE ILLUSION AND THEIR PERSONAL BELIEF IS OUR BIO REALITY WHEN THE SIMPLE BIO AND SCIENCE IS A HUMAN IS AN EM DYNAMO EXACTLY LIKE THE EARTH, THAT WE HAVE ELECTRICITY COURSING "AROUND" A METAL CORE: SEE IRON BASED BLOOD.

See Herbert contracting West Nile and a doc who lied to her finally confessing that the CDC 'ordered' him to lie and deny West Nile was in MD. See none of these orders being

On Federal Reserve Balance Sheet

See Silicon. Alleys we are the future AI his set to be installed in 2042 ish.

See Mark Cubans book, a book stating that Susan, or whoever masters this exact AI will become the world's first

Self made trillionaire. But we know that these anti social men cannot have me ransoming women or beating them at their own game. Wait! Judge! Own game???

Would you want to believe me if I told you that DC and the entire Fed Res so the entire Fortune 400 and NY own blood, DNA relatives care flat broke and that I have all of this currency/money but I do not possess all of the paper debt fiat bills, that the numbers such as Jeff Bezos $200 billion are wholly fake, as in wrong? That he does not possess this energy? That these are simply fake numbers? A LIE?

Beginning in late 2008, the Fed began large-scale purchases of assets, such as US Treasuries and government-supported mortgage-backed securities (MBS), to stave off a complete collapse of the financial system. For six years, the Fed embarked on this asset purchase program— known as quantitative easing—which kept interest rates at record-low levels in the hope that increased bank lending would spur growth.2

The effectiveness of the program will never be known (a counterfactual scenario in which QE did not exist cannot be tested), but the financial system in the US did survive a scare of historic proportions.1 Some will argue QE went on for too long leading to overinflated asset prices, but we leave that debate for another day.

On October 29, 2014, when Fed Chair Janet Yellen announced the end of the bond-buying program, the Fed's balance sheet had reached $4.48 trillion. By reinvesting principal payments and maturing securities, the balance sheet has since remained at or about $4.5 trillion until the COVID-19 pandemic in early 2020.3 1 According to weekly data published by the Fed, its balance sheet consists of $5.6 trillion in treasuries and $1.6 trillion in mortgage-backed securities.

MONETARY POLICY  FEDERAL RESERVE
How Will the Fed Reduce Its Balance Sheet?
FACEBOOK
TWITTER
LINKEDIN
By AARON HANKIN  Updated Mar 27, 2020
TABLE OF CONTENTS

EXPAND
Selling Securities
Maturing: The Mature Approach
Take Off
The Bottom Line
As the Federal Reserve gradually begins tightening monetary policy, its next task is addressing the $6.5 trillion elephant in the room: its swollen balance sheet.1

Beginning in late 2008, the Fed began large-scale purchases of assets, such as US Treasuries and government-supported mortgage-backed securities (MBS), to stave off a complete collapse of the financial system. For six years, the Fed embarked on this asset purchase program— known as quantitative easing—which kept interest rates at record-low levels in the hope that increased bank lending would spur growth.2

The effectiveness of the program will never be known (a counterfactual scenario in which QE did not exist cannot be tested), but the financial system in the US did survive a scare of historic proportions.1 Some will argue QE went on for too long leading to overinflated asset prices, but we leave that debate for another day.

On October 29, 2014, when Fed Chair Janet Yellen announced the end of the bond-buying program, the Fed's balance sheet had reached $4.48 trillion. By reinvesting principal payments and maturing securities, the balance sheet has since remained at or about $4.5 trillion until the COVID-19 pandemic in early 2020.3 1 According to weekly data published by the Fed, its balance sheet consists of $5.6 trillion in treasuries and $1.6 trillion in mortgage-backed securities.4

Total Assets of the Federal Reserve Banks
As economic conditions continue to improve, evident in the labor market and rising inflation, albeit gradual, the Fed faces growing pressure to address its balance sheet. In December 2016, the Fed stated it would not begin the process of shrinking its balance sheet until "normalization of the level of the federal funds rate is well under way." When that will be or at what level Fed officials believe normalization will occur remains unknown.5 Putting this subjective notion aside, when the Fed begins to reduce its balance sheet, it will do so in one of two ways. It can sell securities on its balance sheet, or it can choose not to reinvest maturing securities....

And

Home
>
Publications
>
Regional Economist
>
January 2014
>

The Rise and (Eventual) Fall in the Fed's Balance Sheet
DOWNLOAD
Christopher J. Waller , Lowell R. Ricketts

In response to the Great Recession, the Federal Open Market Committee (FOMC) approved several unconventional monetary policies intended to foster a more robust economic recovery. Of these policies, large-scale asset purchases (LSAPs), popularly known as "quantitative easing" or QE, led to the largest expansion of the Fed balance sheet since World War II. The FOMC has stipulated that the expansion of the Fed balance sheet is a temporary policy stance and that holdings will return to normal as the recovery progresses. Inflation pressures resulting from this expansion have been trivial thus far. However, a quickening economic recovery could provide incentives for banks to withdraw funds held as excess reserves at the Fed and inject them into the real economy. Given the significant amount of funds held as excess reserves, this increased lending might lead to inflation pressures inconsistent with the Fed's mandate of price stability. To prevent this scenario, the FOMC has several policy tools at its disposal to both control and eventually unwind the balance sheet.

The Fed's Balance Sheet Policies

The first round of LSAPs (QE1) began in March 2009 and ended one year later. Over the course of the program, the Fed purchased $1.25 trillion in mortgage-backed securities (MBS), $200 billion in federal agency debt (i.e., debt issued by Fannie Mae, Freddie Mac and Ginnie Mae to fund the purchase of mortgage loans) and $300 billion in long-term Treasury securities. The purchase of $1.45 trillion of MBS and agency debt helped to increase credit availability in private markets, revitalizing mortgage lending and propping up the beleaguered housing market. The purchase of $300 billion in long-term Treasuries

was designed to put downward pressure on interest rates in general in order to bolster economic activity.

During the summer of 2010, fears mounted that the U.S. economy could fall into a deflationary outcome similar to that experienced by Japan.[1] Deflation, a decrease in the general price level of goods and services, is often associated with poor economic performance, such as that experienced by Japan since the late 1990s. To avoid this scenario, the FOMC put upward pressure on inflation through a second round of LSAPs (QE2). This program involved the purchase of $600 billion in long-term Treasury securities from November 2010 to June 2011 at a pace of $75 billion per month.

Following QE2, the risks of deflation and recession subsided. However, soft economic data indicated a struggling economic recovery vulnerable to negative shocks. Around the same time, the European Union was embroiled in a worsening sovereign debt crisis, which threatened to destabilize the second-largest economy in the world. To protect the U.S. economy against adverse shocks, the FOMC turned to the maturity extension program, popularly known as Operation Twist, a policy originally used by the central bank in 1961. Operation Twist involved the sale of short-term Treasury securities and an equal purchase of long-term Treasury securities. This put downward pressure on long-term interest rates while maintaining the same amount of securities on the Fed balance sheet. Operation Twist was started in September 2011 and was extended in June 2012 to continue through the end of 2012. In total, the FOMC purchased, as well as sold and redeemed, $667 billion in Treasury securities through the program, eliminating all holdings of securities with a maturity of one year or less. For comparison, about half of the portfolio fit this "one year or less" classification in July 2007, which was prior to the financial crisis.

Following Operation Twist, labor-market data continued to exhibit signs of a weaker-than-desired recovery. To engender a stronger labor market, the FOMC began a third round of large-scale asset purchases (QE3) in September 2012. The purchases initially involved $40 billion in agency MBS per month. However, after Operation Twist ended in December 2012, the FOMC added $45 billion in long-term Treasury securities to the monthly purchase. The QE3 program is state-contingent and open-ended, meaning economic conditions rather than a static end date will determine when the program concludes. State contingence affords the FOMC greater flexibility to adjust monetary policy if the economic recovery gains or loses strength. For example, at its December 2013 meeting, the FOMC reduced its monthly asset purchase for the first time, dropping the total purchase to $75 billion from $85 billion.[2] State-contingent forward guidance also applies to federal funds rate policy. An example of this is the FOMC's announcement in December 2012 that its federal funds rate target would remain between 0 and 0.25 percent while the

unemployment rate remains above 6.5 percent, inflation is no more than 2.5 percent and long-term inflation expectations remain moderate.

Assessing the Proverbial Elephant in the Room
The LSAPs have collectively expanded the Fed balance sheet by close to $3 trillion from December 2007 to November 2013. That figure is nearly four times the prerecession average. However, viewing the balance sheet in absolute terms offers only one perspective, one that fails to take into account the relative size of the U.S. economy. In central banking, the natural size of a balance sheet is proportional to the size of the economy for which it is managed. Also, to judge our balance sheet we need to compare it with those of other credible central banks.

Figure 1 shows the values of four major central banks' balance sheets as a percentage of respective nominal gross domestic product (GDP). All major central banks conducted accommodative monetary policy in the wake of the Great Recession to counteract the global economic slowdown. (Many approved LSAPs similar to QE.)

The Federal Reserve, with a balance sheet worth 22.3 percent of nominal GDP, ranks lowest among its international counterparts. In contrast, the Bank of Japan's balance sheet is valued at 44.3 percent of Japanese GDP. While not featured here due to scaling, the Swiss National Bank's balance sheet increased to about 83 percent of Swiss GDP as it acted to defend the value of the Swiss franc from appreciating during the European debt crisis.[3] Trailing other central banks affords the FOMC some insight as to what limits may exist in terms of expanding the balance sheet. According to the empirical evidence observed so far, none of our central bank counterparts has hit a definitive adverse ratio.

In addition to international comparisons, we looked back at our own history in terms of the size of our balance sheet. Figure 2 shows the relative value of the Fed balance sheet going back to the Fed's creation 100 years ago. The current value of the balance sheet is comparable to two periods in U.S. history. In 1940, during the Great Depression, the balance sheet reached its historic maximum of 23 percent of nominal GDP. In 1946, following World War II, the balance sheet rebounded to 20.2 percent. Thus, recent levels have been seen before during trying times in national history.

Critics of the LSAP programs have voiced concerns that the massive purchase of Treasury securities amounts to the Fed's financing the U.S. government's deficit spending, a phenomenon known as "monetizing the debt." If you assume this to be true, then the Fed's share of outstanding Treasuries should reach record levels in response to record deficit spending. Figure 3 charts the Fed's share of total outstanding Treasuries going back to 1957 along with U.S. government net spending. While the Fed's share of

outstanding government debt has increased by about 4.3 percent since the fourth quarter of 2007, this share remains far below its 16.8 percent peak in the middle of 1974. While the FOMC has purchased a substantial share of U.S. Treasury securities in the pursuit of its monetary policy objectives, it has not done so with an explicit intention to support fiscal policy.

In tandem with the expansion of the balance sheet, reserve balances held by financial institutions at the Fed have reached historic levels. (See Figure 4.) These reserves are the result of the LSAP programs, whereby financial institutions were credited cash in the form of reserves in exchange for Treasury securities and MBS. This process is largely why inflation pressures have been subdued during the expansion of the balance sheet. As long as these balances remain in the form of excess reserves held by the Federal Reserve, they are isolated from the real economy and contribute negligible inflation pressures. This is supported by personal consumption expenditures (PCE) inflation data, as both headline and core inflation have averaged about 1.4 percent since the Great Recession began. (See Figure 5.) This is well below the FOMC's 2 percent target for inflation. However, as economic activity accelerates, financial institutions will have greater incentives to lend these excess reserves, and inflation pressures could manifest if reserves flow into the real economy. Fortunately, the FOMC has several tools that will allow it to pre-empt this scenario through winding down the balance sheet and/or freezing reserve balances in place. For more information about these tools, see below.[4]

Conclusion

The unconventional monetary policies conducted by the FOMC during and after the Great Recession have been instrumental in avoiding a depression and in supporting a recovery that has only gradually gained momentum. These policies have greatly expanded the Fed balance sheet, an expansion similarly seen during other defining moments in national history, as well as around the world, in response to the financial crisis. In the coming years, the FOMC will need to reconcile the extraordinary amount of excess reserves with a healthier economy—an economy that will have a greater demand for loanable funds. The FOMC has several tools at its disposal that will afford it significant control over excess reserves. That preparedness, combined with the credibility afforded an independent central bank, will allow the FOMC to take timely action in order to foster a stable monetary-policy transition.

Figure 1

Size of International Central Bank Balance Sheets
balance sheet

Charles Davies, West Point

Wrote on gold double eagle; taught why 1/8ths, 1/16ths

Note: see attachment on Eye of Horus as they use same measurements; see attachment on math of
3 1/2 & calendar unification as their

1 Second
1 Mile

DOES NOT WORK ON THE LEDGER!!!

Judge, we use 8ths, 16ths etc for reasoning some of which is ancient but Charles Davies of West Point write a text on why coins and 1/16ths!!!

Here

Skip to main content
Search

primary menu
Home
Breadcrumb
ACADEMICS
 ACADEMIC DEPARTMENTS
 MATHEMATICAL SCIENCES
 ABOUT
 BRIEF HISTORY
 CHARLES DAVIES
Charles Davies
Born 22 January 1798
Dec 1813-Dec 1815: cadet at United States Military Academy
11 Dec 1815: graduated USMA and promoted to Brevet Second Lieutenant in the Light Artillery
Dec 1816-Oct 1821: Assistant Professor of Mathematics, USMA
Oct 1821-May 1823: Assistant Professor of Natural and Experimental Philosophy, USMA
May 1823-May 1837: Professor of Mathematics, USMA
1824: received A.M. degree from College of New Jersey, Princeton, New Jersey
1825: received A.M. degree from Williams College, Williamstown, Massachusetts
1839-1841: Professor of Mathematics, Trinity College, Hartford, Connecticut
Dec 1841-Dec 1845: Paymaster and Treasurer, West Point
Sep 1848-Jul 1849: Professor of Mathematics, University of New York
May 1857-Jun 1865: Professor of Higher Mathematics, Columbia College, New York
Died 17 September 1876, age 78
Charles Davies was born 22 January 1798 in Washington, Litchfield County, Connecticut. His father was a man of tremendous ability and had great influence in the area as a County Judge. Davies' family moved to St. Lawrence County in northern New York when he was a young boy. Davies was appointed to the United States Military Academy in December 1813 through the influence of General Joseph Swift, the first graduate of the Academy and Superintendent from 1812 to 1817. Davies had earned praise by helping Wilkinson's Army unit travel down the St. Lawrence River in the fall of 1813. He had been

brought up on the frontier and therefore had little formal education. However, his bright mind and hard work made the simple curriculum at USMA seem easy. After two years, Davies graduated and served in garrison for one year before resigning to accept the position of Assistant Professor of Mathematics at USMA, serving as principle assistant under Department Heads Andrew Ellicott and David Douglass. From 1821 to 1823, he was Assistant Professor of Natural and Experimental Philosophy. In 1823, Davies returned to the Department of Mathematics as Professor and stayed in that position until 1837.

Edward D. Mansfield provided the following description of Davies as a teacher and text writer, "With the exception of two or three intervals of civil and military service, he was practically a teacher; and whether at West Point for many years or in civil institutions, whether in the instruction of a class or writer of textbooks, or the author of various essays and treatises, he has made his mark on the educational system of this country probably quite as much, if not more, than any man in his generation. It was not merely the class teaching of thirty-two years to thousands of young men, who have gone forth to instruct again the millions of their countrymen, but it was also the producing of the best textbooks on the exact sciences, which have gone into the schools, academies, and colleges of our country, directing the studies and enlightening the minds of millions of our rising youth. The books and writings of Professor Davies were not those of a brilliant genius. Neither the character of his mind nor the subjects upon which he wrote admitted that; but, with two or three exceptions, they were those simple, familiar textbooks which concentrate and crystallize the light of science."

The superintendent during Davies tenure at USMA was COL Sylvanus Thayer who brought the influence of the French Ecole Polytechnic to the Academy. Under Davies and Thayer, the mathematics curriculum grew from the shadow of Hutton's Mathematics, a compendium of mathematics, philosophy, and mechanics in two volumes, through descriptive geometry to the calculus. Davies orchestrated this curriculum expansion and advanced the methods of instruction in the classroom. His series of textbooks were so thorough and complete that by 1839 all the mathematics textbooks used at the Academy were authored by Charles Davies.

Mansfield discussed the transition that occurred because of Davies insight in the following, "When we old cadets came to the higher branches, the application of mathematics, much as mechanical philosophy and engineering, we were completely at sea; no textbook of any sort existed. Professor Crozet, my professor, taught us descriptive geometry and engineering with nothing but a blackboard and a piece of chalk. It was in this state of things that Professor Davies conceived the idea of preparing textbooks. In the meanwhile he had been promoted to be Professor of Mathematics, in which office he

served fourteen years. In that period he had not only aided in placing the Military Academy on that better footing and perfect classification it now has, but began that series of textbooks he was many years in completing, which stands and will stand a great and noble monument to his name and usefulness."

Davies first textbook was in the new subject that Claude Crozet was teaching in engineering, descriptive geometry. He turned to the simplest subject with the most need for a new text, geometry. At that time the French were much superior to the English in mathematics and the library Thayer had assembled had numerous French books on geometry. Davies chose to translate and improve the geometry book by Legendre and followed it up with a translation of Bourdon's Algebra. These two books were so successful and finding that the country was in need of scientific text-books, he decided to devote himself to that object.

In May 1837, Professor Davies resigned his professorship at West Point. He resided in Hartford, Connecticut for the purpose of better perfecting and publishing his text-books. For the next forty years, Davies was one of the most prolific and successful authors of educational books in America. He wrote mathematics text-books for grammar school, high school and college education. In all, Davies prepared more than twenty different volumes on the subject of mathematical education. His works were always distinguished by plainness and close logical arrangement. "Thus, looking at his (Davies) life....simply as a public writer and preparer of books...it was a life of labor, of duty, of usefulness, and of success seldom equaled, scarcely ever surpassed."

From 1839 until 1841, Davies was Professor of Mathematics in Trinity College at Hartford, Connecticut. While serving in this capacity, Davies formed the business connection with A.S. Barnes for the publication of his books. Due to a threatening illness, Davies was forced to resign his chair at Trinity College. In November 1841, Davies was reappointed in the army as paymaster, with the staff rank of major. He served as Treasurer of the Military Academy until 1846.

In 1848, Davies became the Professor of Mathematics and Philosophy at the University of New York. He retired from this job a year later so that he may have more time to devote to the writing of his text-books. Coinciding with his retirement, Davies was honored by being awarded the degree of doctor of laws from Geneva College in New York.

Davies, "naturally a teacher," found it difficult remaining out of the classroom. After teaching briefly at the Normal School in Albany, Davies accepted the chair of higher mathematics at Columbia College in New York City in 1857. He remained in this position

until 1865 when he was appointed emeritus professor. Davies continued to write and rewrite mathematics text-books until his death on 17 September 1876.

Publications:
Analytical Geometry, 1839.
Descriptive Geometry, 1826.
Differential and Integral Calculus, 1836.
Elements of Surveying, 1830.
Elementary Algebra, 1852.
First Lessons in Arithmetic
Grammar of Arithmetic
Intellectual Arithmetic
Logic and Utility of Mathematics, 1850.
Mathematical Dictionary and Cyclopedia, 1855.
Metric System, 1871.
New School Arithmetic
Practical Mathematics
Primary Arithmetic
Shades and Shadows and Linear Perspective, 1851.
Surveying and Navigation, 1848.
University Arithmetic, 1873.
References:
Annual Reunion of the Association of Graduates, 14 June 1877, pages 23-27.
Appleton's Cyclopaedia of American Biography, Volume II, D. Appleton and Company, 1888, page 90.
Cullum's Register, Volume I, page 158.
The National Cyclopaedia of American Biography, Volume III, James T. White and Company, 1897, page 26.

There's a lot you need to be aware of but ⅛, 1/16, 1/32? You see these measurements over and over

Figures etc.

REVIEW ARTICLE  PEER-REVIEWED

The Eye of Horus: The Connection Between Art, Medicine, and Mythology in Ancient Egypt

Eye of Horus using same banking measurements!

There is biological reasoning!

You want systems to be in harmony with nature.



email sharing buttonfacebook sharing buttonwhatsapp sharing buttonsharethis sharing button
 PDF
Comment
 PDF
Article
Authors etc.

Metrics
Comments

Figures etc.

REVIEW ARTICLE  PEER-REVIEWED

The Eye of Horus: The Connection Between Art, Medicine, and Mythology in Ancient Egypt

Karim ReFaey, Gabriella C. Quinones, William Clifton, Shashwat Tripathi, Alfredo Quiñones-Hinojosa

Published: May 23, 2019 (see history)

DOI: 10.7759/cureus.4731

Cite this article as: Refaey K, Quinones G C, Clifton W, et al. (May 23, 2019) The Eye of Horus: The Connection Between Art, Medicine, and Mythology in Ancient Egypt. Cureus 11(5): e4731. doi:10.7759/cureus.4731

Abstract
Ancient Egyptian civilization is one of the oldest cultures in human history. Ancient Egyptians are well-known for pioneering the fields of art, medicine, and the documentation of discoveries as mythological tales. The Egyptians mastered the integration of anatomy and mythology into artistic symbols and figures. The mythology of Isis, Osiris, and Horus is arguably one of the most recognized mythologies in ancient Egypt. The Eye of Horus was used as a sign of prosperity and protection, derived from the myth of Isis and Osiris. This symbol has an astonishing connection between neuroanatomical structure and function. Artistically, the Eye is comprised of six different parts. From the mythological standpoint, each part of the Eye is considered to be an individual symbol. Additionally, parts of the Eye represent terms in the series 1/2, 1/4, 1/8, 1/16, and 1/32; when this image is superimposed upon a sagittal image of the human

brain, it appears that each part corresponds to the anatomic location of a particular human sensorium. In this manuscript, we highlight the possible scientific speculation of the ingenuity of ancient Egyptians' remarkable insight into human anatomy and physiology.

Introduction & Background
The ancient Egyptian civilization is well-known for many innovations that led to the development of modern systems and utilities that are used daily in the present world [1]. Among these innovations are discoveries in human anatomy and medicine that have led to surgical techniques and instruments still commonly used today. The Egyptians documented many of their findings by combining mythology and mysticism with facts.

We conducted a literature review by searching the database of PubMed, National Geographic Magazine, medical and anatomical history books, and Google Scholar using the search terms: neuroanatomy, Eye of Horus, and the neuroanatomical basis for the Eye of Horus. We could not find any original articles or attempts revealing the neuroanatomical origins of the Eye of Horus.

Ancient Egyptians mastered the integration of anatomical knowledge and mythological stories into artistic symbols and figures. Artistically, the Eye is comprised of six different parts. Mythologically, each part is considered to be an individual symbol. Anatomically, each part corresponds with the center of a particular human sensorium. For many years, the Eye of Horus was considered as a symbol of prosperity and protection by the ancient Egyptians, and its legacy continued into modern Egypt as well [2-3]. However, with a closer look at its artistic design and understanding the epic story behind its creation, the Eye's current perception as a singular mythologic symbol will be transformed into a powerful example of the ancient Egyptians' detailed understanding of human anatomy and physiology.


See? WE FILED THIS.

BEFORE THESE PPL.

JUDGE: THE USE OF 1, FOR PENNY STOCK SO THE DECIMAL DOLLAR?

SEE

Before April 9, 2001, when the Securities and Exchange Commission ordered all U.S. stock markets to switch to the decimal system, prices were reported and stocks were denominated in fractions—in one-sixteenths to be exact. While it seems silly that it took

On Quantum Sized Evidence & Proof; it's scrap so some venting

On Elon's Corp Welfare

When women must have collateral but not him!

Why dont I have access to the Feds magic window? As I'm not insane.



CANADIANS ARE THE ONLY NATION TO PAY US IN FULL FOR WAR DEBT. THEY VOLUNTARILY DID SO AND ON BEHALF OF THE CROWN TOO BY HELPING US MAKE THIS CASE UP TO AND INCLUDING THE SCIENCE AS RHEY TOO ATE OVERRUN WYB ANTI SOCIAL PERVERTS AND CHILD RAPISTS. SOME SIT AS JUDGES HERE AND THERE:

https://www.reuters.com/investigates/special-report/usa-judges-misconduct/

In the past dozen years, state and local judges have repeatedly escaped public accountability for misdeeds that have victimized thousands. Nine of 10 kept their jobs, a Reuters investigation found – including an Alabama judge who unlawfully jailed hundreds of poor people, many of them Black, over traffic fines.

We must let others call out their own. It is not our right.

Canadians are willing and even helped us formulate a solution; what DC did?

Oh. They are so DELUSIONAL that when I filed from 1996 they just kept denying reality. Denial?

Like you stare at the code if you look at Petition 07-9804 but cannot see it? It's hidden and no AWARENESS causes this? Until or unless we show you what we did then you cannot "see" the over $1 tril were are holding. Try all of it!

4, Judge. How far gone are these but jobs? Oh. The quantum tech.

It's QUANTUM SIZED. HOW THE FUCK JUDGE DID ANYBODY EXPECT BETH BLOOM OR YOU TO EYEBALL WHAT IS QUABTUM SIZED? YOU NEED QUANTUM TOOLS!!!

Quantum microscopy is a novel tool that allows microscopic properties of matter and quantum particles to be measured and directly visualized. There are various types of microscopy that use quantum principles. The first microscope to make use of quantum concepts was the scanning tunneling microscope, which paved the way for development of the photoionization microscope and the quantum entanglement microscope.

Read carefully, as they are lying here...they cannot, yet, see footnotes and read the choice of wording carefully, ya know subject verb agreements? Direct Indirect OBJECTS? Changing wording to directly contradict self but make it seem as if you did not

The wave function is central to the theory of Quantum Mechanics. It contains the maximum information that can be known about the quantum state of that particle. The square of the wave function describes the probability of where exactly a particle might be located at any given moment. Direct imaging of a wave function used to be considered only a gedanken experiment- however, due to recent microscopy developments, it is now possible to be accomplished.[1] An image of an atom's exact position or the movement of its electrons is almost impossible to measure because any direct observation of an atom disturbs its quantum coherence. As such, observing an atom's wave function and getting an image of its full quantum state requires many direct measurements to be made over time, which are then statistically averaged. One such tool recently developed to directly visualize atomic structure and quantum states is the photoionization microscope.[2]

A STATISTICAL AVERAGE IS NOT A PHOTOGRAPHIC IMAGE AND IS AS GOOD AS ITS INTERPRETERS, THE SAME GUYS WHO DID THIS TO US AND THEN COULD NOT FIGURE THEIR OWN SOLUTION TO THEIR SELF CREATED PROBLEM OUT EXCEPT BLAME EO EN, SAYING WE CANNOT NOT BUY DIAMONDS! AND THAT WE NOT ELON MUSK IS THE WELFARE QUEEN. TAKES TWO TO TANGO, ELON WELFARE KING MUSK:

https://www.google.com/amp/s/www.latimes.com/business/la-fi-hy-musk-subsidies-20150531-story.html%3f_amp=true

https://newrepublic.com/article/160500/elon-musks-big-government-grift

The world's second-richest man—and second-most irritating Twitter user, after the president—has moved to Texas. After months of complaining about Covid-19 shutdowns affecting his factories, while also predicting in March that the virus would be almost gone by the end of April, Elon Musk announced Tuesday at a Wall Street Journal conference that he has bailed on San Francisco. "He said relocating made sense with Tesla's new factory being built in Texas," the Journal reported. "He lamented that California, in his view, had become complacent with its innovators." Musk, who is worth more than $150 billion, also struck a vaguely populist note, saying Silicon Valley "has too much influence on the world."

Musk himself is moving—not his car company and rocket company, SpaceX, which remain headquartered in California. But the appeal of Texas extends well beyond a new Tesla factory, or even the state's lack of capital-gains and state income taxes for individuals. Musk's growing footprint in the state is just the latest step in his lifelong

mission, which he's long since accomplished, to get unimaginably rich by maximally gaming the government's largesse—even, we now know, taking advantage of programs meant to help people who earn in a lifetime what he earns every minute.

Bloomberg reported Wednesday that a Trump administration economic program designed to spur new investment in impoverished areas has done little of the sort, instead providing tax breaks for space-travel moguls like Musk, Jeff Bezos, and Richard Branson. The Qualified Opportunity Zones program has been criticized for doling out its benefits to huge businesses seeking the latest tax advantage, rather than the scrappy local entrepreneurs it was supposed to help. The program's operations—from how it chooses the sites of economic zones to how many jobs are created to whether companies even choose to take the tax benefits—are opaque, but its utility for the ultrarich is clear. By moving to Texas and pushing more of his money into opportunity-zone ventures, Elon Musk may save billions in taxes.

He makes this

Tesla Inc. will recall about 135,000 Model S and X vehicles in the U.S. after a months-long investigation by the nation's auto-safety regulator concluded their touch screens are defective. Tesla equipped certain Model S sedans from 2012 to 2018 and Model X crossovers from 2016 to 2018 with Nvidia Corp.Feb 2, 2021
https://www.bloomberg.com › articles
Tesla (TSLA) News: Recalls 135,
000 Cars Due to Defective ...

https://www.google.com/amp/s/www.motortrend.com/news/tesla-model-y-ev-safety-quality-issues-problems/amp/


And exploding isn't it, the roofs fly off as you drive them off of lots:

https://www.google.com/amp/s/www.theverge.com/platform/amp/2020/10/5/21502379/tesla-modely-roof-flies-off-convertible-quality-issue


We have told all that the only thing these men are good at?

Selling snake oil, securing funds. Musk? He does .ake toy flame throwers that work. Ray is laughing at him as in class never JC and Ty: killed ppl in Vietnam with an actual flame

Dallas Federal Reserve Decrying Fix But No Solution

Human minds cause and solve man-made problems!

1 TRILLION NAMED BY MARK CUBAN.

THAT GIVES US ACCESS AND LEVELS THE FIELD SO WE GAVE ACCESS TO RBE FED SYSTEM INCLUDING THAT WINDOW RHAT PLAGUES THE DALLAS RESERVE, OUR OWN RESERVE.

https://www.dallasfed.org/research/eclett/2013/el1307.cfm

One way to measure the cost of lost output is in terms of how much worse off society is relative to a baseline trend that might have existed absent the crisis. Such an exercise is crucial to grasping the magnitude of what occurred and the effects of the still-emerging recovery. Output per person as of mid-2013 stood 12 percent below the average of U.S. economic recoveries over the past half-century, corroborating a large body of literature suggesting that recoveries from financial crises are slower than rebounds from typical recessions (Chart 1).

Our bottom-line estimate of the cost of the crisis, assuming output eventually returns to its precrisis trend path, is an output loss of $6 trillion to $14 trillion. This amounts to $50,000 to $120,000 for every U.S. household, or the equivalent of 40 to 90 percent of one year's economic output. This seemingly wide range of estimates is due in part to the uncertainty of how long it might take to return to the precrisis growth trend. However, output may never return to trend—the path of future output may be permanently lower than before. If that's the case, the crisis cost will exceed the $14 trillion high-end estimate of output loss.

Enlarge
The crisis consumed an enormous sum of financial and housing wealth. U.S. household net worth plunged $16 trillion, or 24 percent, from third quarter 2007 to first quarter 2009. In addition, it wiped out a huge amount of "human capital," both current wage income and discounted future wage income; that is, ahousehold's expectation of potential earning power. If the effects of the crisis are permanent, the path of consumption observed since 2007 suggests that the cost of the crisis may be more than double the $6 trillion to $14 trillion estimate. The results of both the output-loss and path-of-consumption approaches are presented in Table 1A.[2]

Some of the harder-to-quantify impacts of the crisis, shown in Table 1B, are the consequence of extended unemployment, reduced opportunity and increased government presence in the economy.

Even taking into account the likely overlap of estimates in Table 1A and 1B, the total cost of the crisis easily exceeds the value of the nation's output for an entire year.

Explaining the Output Loss….


See?

We checked: if we go to Bezos? He leases all and unethically abuses his employees and the tax base, us!, via PAC and postal cut rates. HE is killing the PO.

So be has no collateral for us to seize. He doesn't have warehouses full of goods either.

Ideas? He is lying! He did not INVENT Amazon!

DF Shaw HIMSELF GAVE BEZOS THE IDEA!

I cannot use him. He isn't a thinker.

And?

Micheal Osinski who is 2008


https://nymag.com/news/business/55687/


I have been called the devil by strangers and "the Facilitator" by friends. It's not uncommon for people, when I tell them what I used to do, to ask if I feel guilty. I do, somewhat, and it nags at me. When I put it out of mind, it inevitably resurfaces, like a shipwreck at low tide. It's been eight years since I compiled a program, but the last one lived on, becoming the industry standard that seeded itself into every investment bank in the world.

I wrote the software that turned mortgages into bonds.


On and on.

On Turing, Halting, 2038

We solved

Or was. This system is in free fall as they used the INCORRECT timing so there's a synchronization error

See Turing, the Q halting prob I solved. Again, some knowledge:

In computability theory, the halting problem is the problem of determining, from a description of an arbitrary computer program and an input, whether the program will finish running, or continue to run forever. Alan Turing proved in 1936 that a general algorithm to solve the halting problem for all possible program-input pairs cannot exist.

For any program f that might determine if programs halt, a "pathological" program g, called with some…

I can EASILY solve:

The Year 2038 problem (also called Y2038, Epochalypse,[1][2] Y2k38, or Unix Y2K) relates to representing time in many digital systems as the number of seconds passed since 00:00:00 UTC on 1 January 1970 and storing it as a signed 32-bit integer. Such implementations cannot encode times after 03:14:07 UTC on 19 January 2038. Similar to the Y2K problem, the Year 2038 problem is caused by insufficient capacity used to represent time.


One of the possible manifestations of the bug on a specific machine: the date could reset at 03:14:08 UTC on 19 January 2038.

Cause
The latest time since 1 January 1970 that can be stored using a signed 32-bit integer is 03:14:07 on Tuesday, 19 January 2038 ($2^{31}-1 = 2,147,483,647$ seconds after 1 January 1970).[3]

Programs that attempt to increment the time beyond this date will cause the value to be stored internally as a negative number, which these systems will interpret as having occurred at 20:45:52 on Friday, 13 December 1901 (2,147,483,648 seconds before 1 January 1970) rather than 19 January 2038. This is caused by integer overflow, during which the counter runs out of usable binary digits or bits, and flips the sign bit instead. This reports a maximally negative number, and continues to count up, towards zero, and then up through the positive integers again. Resulting erroneous calculations on such systems are likely to cause problems for users and other reliant parties…

Wrong! That? They assume SOMETHING. See what I showed you in Egypt, 64, 128 etc positive. It only SEEMS complicated, mostly as you're asking us to place what's multi D on flat paper; that makes it seem disconnected and convoluted. In person? So simple! Anyways

Ancients? Used

Astro time. Star dates. Those are what hidden Egyptian names are! Star dates.

So as I have several versions of these equations that are not what I label "constitutionally did"? I needed a man who can do this thing I cannot as I'm a bio woman and we compliment each other so I acted to find him.

I own the knowledge that he's correct. Be told me that I could lift his work, his math, verbatim as long as I gave

1260d.com his site credit.

https://1260d.com/2019/10/16/pi-in-creation-and-jewish-feasts-tabernacles/


Part One of π
Part Two of π
This is Part Three

This equation is pi to the 12th decimal, 3.1415926535895. w = week, s = season on Enoch's calendar of 91 days, y = rounded solar year of 365 days, which is the number of years that Enoch lived, (Genesis 5:22–29), and p = the smallest part of a day as understood by both Jewish and Babylonian astronomers. 1/25920, in turn, is derived from the same methodology that puts the Precession of the Equinox at 25920 years. "2p" can also be written as 1/(36 x 360) — fundamental numbers often found in Scripture and other ancient texts.
Pi is often simplified to just 22/7 and is unusually accurate for such a small fraction.

Why has God arranged pi so?

It's because 22/7 explains the timing of all the Jewish feasts…

with this brief explanation or put it
on Facebook! 126od.com

The below formula is the
same as the above but
instead of adding "one
second" it adds 3½ "parts"
instead. (A "part" is the
smallest part of a day
according to Jewish and
Babylonian reckoning.)

$$\frac{3\ weeks + 1\ day}{week} - \frac{6\ weeks + \frac{2\ parts}{week}}{season \times year} = \frac{946450559}{301326480o} \approx \pi$$

"The Rod of Enoch". Astonishingly,
this formula is accurate to 12
decimals of Pi. It encodes every
aspect of our calendar year, including
seconds, "parts", days, weeks,
months, seasons, years, Sabbath
years, jubilees, even the vast "Years"

aspect of our calendar year, including seconds, "<u>parts</u>", days, weeks, months, seasons, years, Sabbath years, jubilees, even the vast "Years" of Precession of 25920 years, etc. It <u>also</u> includes all the Jewish festivals of the Bible

The numerator (circumference) equals "≈ 1000 Years of Precession as if just one day, and a day as 1000 Years", (<u>2Pet 3:8</u>).

## Daniel's "seventy weeks"

$$\frac{3w+1}{w} = \frac{6w \cdot \frac{2P}{w} - \frac{y}{2P}}{13 \times y} \quad \text{where:} \quad w = 7, y = 365, P = \frac{1}{25920}, p = \frac{1}{25800}$$

23:39.

$$\frac{3w+1}{w} - \frac{6w+s+\frac{g}{gy}}{13w \cdot y} \quad \text{where } y = 365, \; g = 70, \; w = 7, \; s = \frac{1}{86400}$$

y = year, g = generation, w = week, s = second. Each term is successively more accurate to π, reaching 14 decimals of pi. The last term can also be written as 100 jubilees, ie 4900 years. Notice that "y = 365, g = 70, w = 7" is Daniel's "seventy weeks of years" from Daniel 9:24–27, whereas the similar "g g y" (i.e., 70 generations") is the time allotted for the imprisonment of the angels as per the Book of Enoch, 10:12. Perhaps this is the greatest evidence given to modern man that God created all things. If you know someone with even a basic understanding of math, astronomy or Bible prophecy, please email the formula to them along with this brief explanation or put it

- 364 days is a *year* on Enoch's calendar
- 365 days is a solar *Year*
- 25920 and 25800 years are the "Great Year", that is, *Precession* of the Equinox. And as the 1/25920th *part* of a day (and thus 1/25800th, too), it is the smallest unit according to Babylonian and Rabinnic reckoning (= 3:33... seconds)

There are different ways to

Evidence rising to proof

I did encode/encrypt Petition and Other Filings

"hs"

Susan Herbert!

CAN CRASH MARKET THE HARD WAY. CAN SIT BACK AND WAIT FOR

. THE ZERO REG FINTECHS (AGAIN, WHEN HAS DC AVOIDED TAX AND REGULATION? A SET UP BY DC ALL THE WAY AROUND BUT DC ISN'T IN CHARGE SO WHO IS SECURING  TRIBUTE? WHO IS RUNNING, OWNING, DC? WE KNOW.)

THE ZERO REG FINTECHS AND ALL WILL DEPOSIT ALL THE MONEY IN THE WORLD INTO OUR ACCTS. IT MIGHT BE ONE MASSIVE DEPOSIT. WE WANT TO AVOID THIS.

JUDGE: SEE BBVA. A FIN TECH DISGUISED AS A BANK. SPANISH. COULD NOT GET INTO THEIR OWN ACCT, THEIR OWN SYSTEM, TO DISPUTE A TRANSACTION. SHUT OUT OF OWN SYSTEM. THAT'S ONLY GOING TO GET WORSE. AND FINALLY PERMANENT. I HAVE WITNESSES; 2 PPL WITNESSED THIS AND WE HAVE THE BANK RECORDS AS THEY FINALLY JUST CREDITED AN ACCT.

When this deposit hits as it should? So far we have not been incorrect. There will be NO WAY TO STEAL BACK WHAT WAS NEVER YOURS.

Judge. When one of these men loses 6 cents? They go nuts. Why aren't they paying me for my work? Or counsel?

Here's a testament to my skill set aka proof:

See DEAN COOMBS ABOVE.

SEE DEAN KOONTZ.

SEE

https://bioinformaticshome.com/blog/is-the-eyes-of-darkness-a-prophecy.html

Is the eyes of darkness a prophecy?
Is the eyes of darkness a prophecy?
image

Noah's Ark by Edward Hicks

If you have not read Dean Koontz's novel, "The Eyes of Darkness", you have either missed an important message or a great story of coincidences. The gist from one particular page in the novel is a deadly bioweapon called Wuhan-400.

An excerpt of the book and coincidences with the current coronavirus COVID-19 outbreak is detailed here. For the sake of brevity, the coincidences are a Chinese person named Li, a bioweapon's name prefixed by Wuhan, the book title has the word 'eyes' that matches Dr Li Wenliang's profession as an ophthalmologist and the number 39 is the years since the original publication of the novel, which matches chapter 39 where Wuhan-400 is mentioned.

Peculiar encryption in the book

Dean Koontz is a rather eccentric character who used pseudonyms in some of his written works. He has used nine pen names and apparently revealed he has no secret names.

'Eyes of Darkness' was written using the pseudonym, Leigh Nichols. In a dictionary of 13,000 pseudonyms, the name Leigh Nichols represents neither a male nor a female but a thing.

Below is an excerpt of the dictionary:

Q: How and why was Leigh Nichols born?

A: How, I think, was by Cesarean section. Why – you'll have to ask her parents.

Q: So the pen name was supposed to be a woman?
A: I meant to say 'his' parents.

Q: So the pen name was meant to be a man?

A: I meant to say 'its' parents.

Q: So Leigh Nichols was neither male nor female, it was a thing?

A: That's right. A thing. But a nice thing…

(From Dictionary of Pseudonyms:
13,000 Assumed Names and Their Origins, 5th ed.)

By Adrian Room
It may seem spooky but what thing has predicted a bioweapon? What is also strange is the pseudonym was meant to indicate a name that could be a male or a female to attract a wider audience. It was supposed to be Lee Nichols but 'Lee' was changed to 'Leigh', and the whole name is to indicate a thing. The significance of this name is explored here starting with an inspiring genius of science.

Origin of The Da Vinci Code
Maybe some of you have read 'The Da Vinci Code' by Dan Brown? Right, the book refers to the famous Leonardo da Vinci, who had no formal academic training but yet was famous for many things such as 'The Last Supper', conceptualized flying machines and technical drawing.

Da Vinci is regarded by many as a true genius of his time. The book 'The Da Vinci Code' speculated on the message of the Holy Grail in the form of encrypted code. There is a link between this book and another book that has a much clearer encrypted message but was challenged by many experts to be unreal.

A hidden treasure
Enter the book, 'The Holy Blood and the Holy Grail' by Michael Baigent, Richard Leigh and Henry Lincoln, which is an international bestseller. The authors hypothesized Jesus married Mary Magdalene, had one or more children and their descendants went to France.

Dan Brown's novel also explored the bloodline of Jesus. Did Brown steal the ideas from Lincoln et al book? Baigent and Leigh sued Brown's publisher for plagiarism but was not successful. Anyway, forget the disputes and follow the trails behind the idea of why these books generated so much controversies and debates. More importantly, is there a connection to 'The Eyes of Darkness'?

Now you see
The origin to all these ideas traced back to an obscure book, 'Le Trésor Maudit de Rennes-le-Château' authored by Géraud-Marie de Sède, which was purchased by Henry Lincoln in 1969.

The book is in French and talks about a hidden treasure, which Henry bought for light reading but gave his life a new beginning instead. The story is as follows, a priest, François-Bérenger Saunière, discovered some parchments in his church, which led him to a lost treasure that mysteriously made him rich.

Proof of how rich he was can still be seen today if one visits the attractions in Rennes-le-Château'. What is the source of his wealth? No one really knows. However, this has been the obsession of many treasure hunters and they flocked to the village to look for it.

Decoded but not believed
Henry Lincoln discovered a secret message from one of the parchments:

À Dagobert II Roi et à Sion est ce trésor et il est là mort

-This treasure belongs to King Dagobert II and to Sion, and he is there dead.

 'Le Trésor Maudit de Rennes-le-Château by Géraud-Marie de Sède

This is the story that has propelled a small village around the castle Rennes-le-Château, which has less than 100 inhabitants in 2008, to fame, bringing up to 100,000 tourists each year.

The story, which is not surprisingly regarded as a conspiracy theory by many, starts with a triangle. Three castles sit on mountain peaks forming a triangle of 72°, 36°, and 36° i.e. an isosceles triangle.

Then, a painting 'Et in Arcadia ego' by Nicolas Poussin gave clues of a pentagram, which can be interpreted as mountain peaks corresponding to a five-pointed star. The pentagram is also seen on the parchment message, which is depicted in the figure above.

If you are new to this story, see this video to listen to Henry speaks about his discovery of a geometrical five-pointed star i.e. a pentagram. After you have done so, hold on to your chair to see the last connection, which may just be a pure coincidence for the naysayers.

Another coincidence or anagramming?

In the mid-1970s, Henry Lincoln met Richard Leigh, an American fiction writer, who then introduced Lincoln to Michael Baigent. Through their collaboration, the book 'The Holy Blood and the Holy Grail' was written in 1982.

Remember the pseudonym, Leigh Nichols, in the 'Eyes of Darkness', which has a page that has been widely discredited for containing an encrypted message?

What will anagramming of Leigh Nichols produce? Anagramming is the art of decoding letters to uncover the hidden message. It is not a straightforward process and computer algorithm can be used to find anagrams.

Leigh is the last name of Richard Leigh. Nichols can be rearranged to 'Linco hs', which matched the first 5 letters of Lincoln's last name but not the last two letters, 'hs'. Nichols consists of 7 distinct letters that can be used to create the word Lincoln by duplicating the letter 'l' and 'n'. What thing is this 'hs'?

Prophecies

A psychic, Slyvia Browne, published 'End of Days: Predictions and prophecies about the end of the world' in 2008, the year of the last global financial crisis.

Apparently, it says, "In around 2020 a severe pneumonia-like illness will spread throughout the globe, attacking the lungs and the bronchial tubes and resisting all known treatments." Whether you believe the 'Eyes of Darkness' has anything to do with the warning of a bioweapon disaster or not is up to you. However, a disaster is indeed unfolding before our eyes.

- - -

hs

Child computer, NAVIES Stokes answer! How'd I do it?

Willing to tell.

Have already, see 079804 & American Law; see my work on CONSCIOUSNESS and UNIFORMITY

AS THESE MEN EXCISE ANYTHING WOMAN BUT LIE AND SAY THEY ACCOUNTED FOR WOMEN. NOT POSSIBLE AS MEN CANNOT HAVE THE LIFE EXPERIENCE KNOWN AS WOMAN AND WE ARE YET SHUT OUT OF PROFESSIONS SUCH AS PHYSICS WHEN WOMEN NOT MEN ARE THE NATURALLY BETTER THEORETICAL THINKERS.

The Great Genius? Or...code?

Nostradamus describes the coming of a great scientific genius that will help rebuild human society. From CENTURY IV-31: "This man...will be one of the highest, most developed geniuses ever to appear in our present history of man. He...made the decision to use his genius to help rather than to hurt mankind...One of the things he envisions...is self-contained, self-supporting space stations...It was very easy for him to spot this man along the nexus of time paths because he creates such a large ultimate effect...This man is one of the major forces who will help the earth recover from the scars of war."

This great genius will be influential in pointing out the mistaken premises that today's science has built itself on. His ability to perceive scientific truths will cause major breakthroughs in our technological capabilities. From CENTURY VII-14: "[He will] make clear the connections between the physical universe and the metaphysical universe as dealt with by religions." Because of these great advances, Nostradamus describes a time when a majority of people will be aware of higher powers and energies: "It will make every person a philosopher." What kind of time frame are we looking at here? Nostradamus reported that this great genius will show up in the mid-twenty-first century.]

- http://homestar.org/bryannan/nostro.html
……………………..

[Basically 'The Great Genius' is an individual who is supposed to become known in the "Age of Aquarius" or 2012 and after for those who aren't familiar with the astrological terms. He was predicted by the prophet Nostradamus to be a regular human being with great abilities (a next stage in evolution?) that will drastically change mankind for the better and lead to a "golden age". Among his (I am just using the gender term 'his' because it is grammatically correct) crowning achievements are 'free energy", unification of religion and science, a deeper understanding of medicine, robotics, and a quantum leap in the understanding of consciousness, reality, and the Universe.]

- http://www.abovetopsecret.com/forum/thread454242/pg1
……………………..

[Seth is a 'disincarnate being' (an entity of consciousness from another dimension, not presently incarnate in human form). His teachings are 'channeled' via a psychic called Jane Roberts (see "Seth Speaks' by Jane Roberts, published by Bantam).

Seth's take on the Aquarian Age is that there will be a 'second coming' of Christ, though Seth intriguingly describes Christ as an 'entity' who has also taken other roles at different times. Two

characters will pave the way for him, one who has already been born in India, and another, a black man, who will do his main work in Indonesia.

The Seth material is fascinating – it offers a 'new age' slant on the original bible stories, and describes the coming of an age where our psychic abilities will enable us to make a great leap forward in terms of our relationships with each other, the planet, and our personal capabilities. Our time boundaries will dissolve so that we will be conscious of not only our own past lives, but also those of other people too, such that we will not feel so isolated and will come to understand that 'we are all one'. This will cause a great advancement in the quality of our relationships with one another.

Another 'great genius' is augured in the Seth prophecies (similar to the Nostradamus and Incan prophecies). This character will pull together the knowledge of science and spirituality in amazing ways. What psychics are now capable of will leap forward massively as the real workings of the universe and how to manifest within it become fully and deeply understood.]

- http://www.baliadvertiser.biz/articles/spiritual/2001/aquarians2.html
……………………..

This is what is found in "The Nostradamus Code"

Centurie VII, Quatrain 14 – The Great Genius

"The Great Genius will help unify science and religion and bring about the enlightenment and peace of the Age of Aquarius foretold by prophets."

Centurie III, Quatrain 2 – The Great Genius discovers the science of miracles

"The great genius will realize the magic of alchemy though his discoveries and inventions. The new philosophy engendered by these discoveries will encourage the development of mental powers. People will be able to manipulate the basic forces of the universe in a way that will seem utterly fantastic to those not involved with the occult. People in the occult and psychic realms currently deal with these forces without understanding, but in the future understanding will be present, sharpening the efficacy of the art."

"The Great Genius will also unify religion and science and explain ancient documents, making clear the metaphysical connections between the universe and spirituality." (Centurie VII, Quatrain 14)

It could also apply to the future as well. There will be a leader born after the time of troubles who will be young for his age, but an advanced being. It will be like the return of Christ. This gentle man will be one of the highest, most developed geniuses ever to appear in our present history of man. He won't be feared, he will be respected. He made the decision to use his genius to help mankind, so he is always inventing and envisioning things that will help man. Since he's

such a genius there are many people who study under him to try to comprehend the great fount of ideas that come forth from him. The Great Genius will come the second generation after the Anti-Christ, in the mid-21st century. If you will observe your history, the development of our civilization and the development of technology has been increasing and happening at ever faster rate.

The moon, in the middle of the night over the high mountain,
the young wise man alone with his brain has seen it.
Invited by his disciples to become immortal,
his eyes to the south, his hands on his breast, his body in the fire. (IV-31)

It was very easy for me to spot this man along the nexus of time paths because he creates such a large ultimate effect. He's at a nexus of time lines, but anything he does will affect the various futures the Earth could travel along. So he was a prominent light on the landscape of time. He's a very knowledgeable person, and he decided to apply his remarkability through science rather than through philosophy, so he could help mankind materially rather than just mentally.

This man is one of the major forces that will help the Earth recover from the scars of war it will have gone through. He will help heal the Earth so mankind in general can be whole and happy and living well again. The Great Genius is the main antidote to the Anti-Christ.
The universe has to keep things balanced. See, I'm not always a doomsayer…

For five hundred years more they will take notice of him
who was the ornament of his age.
Then suddenly a great revelation will be made which
will make people of that (same) century well pleased. (III-94)

This is another quatrain dedicated to the man I refer to as the Great Genius. Through the succeeding centuries people will grow up and live under the light of his discoveries and continue to develop themselves. Their continuous development interrelates with the light he brings as a good teacher. Then, after the allotted time has passed, another discovery will be made that will be just as awe-inspiring and sweeping as the genius' discovery. It will intermesh so well people will be able to burst free from all physical bounds and there will be no limit to their positive development.

That is the major interpretation of this quatrain. Once again, showing how history will move in spirals, there was another man in the past, Leonardo da Vinci, that was considered a bright light of his time and well regarded in succeeding centuries. Some of the things this genius will discover will bring to light even more the greatness that was Leonardo da Vinci. The most interesting and amazing of Leonardo da Vinci's discoveries and inventions had to be hidden or destroyed because of the Inquisition and the ignorance of the people around him.

Leonardo da Vinci was a rare spirit of invention that could deal with every subject conceivable! Due to his writing about his own discoveries and making logical extrapolation based upon his inventions and discoveries, he was able to explain some of the happenings in the Bible as being due to man's technology and not due to miracles of God. And this was considered to be very heretical. It was lessening the glory of God according to the authority in the church which was never interested in technological interpretations through the centuries.

This is another reason for myself being so obscure in my writings. I have already seen what happened when someone wrote about these things. People of the church were not discreet about it …

Most of da Vinci's papers and books have been locked away in the Vatican Libraries. The Vatican would still not want to release a lot of them. But the majority of them is tucked away and gathering dust and mostly has been forgotten.





# PRIOR
# MAI

se.

nsurance (restrictio

y international dest

n form is required.

claims exclusions see tl

liability and limitations o

To schedule free P
scan the Q



2

USPS.COM

**UNITED STATES POSTAL SERVICE.** **Click-N-Ship®**

P

usps.com
$7.95
US POSTAGE
Flat Rate Env

9405 5036 9930 0378 9463 50 0079 5000 0073 3128

**U.S. POSTAGE PAID**

05/09/2021        Mailed from 87901    10001000

**PRIORITY MAIL 2-DAY™**

SUSAN M HERBERT                    Expected Delivery Date: 05/13/21
311 E 3RD AVE # 4
T OR C NM 87901-2403

**0006**

C075

SHIP
TO: WILKIE D FERGUSON, JR
U.S. DISTRICT COURT FOR SOUTHERN DISTRICT OF
400 N MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING #**



**9405 5036 9930 0378 9463 50**

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Cut on dotted line.